Roderick M. Thompson (State Bar No. 96192)
  rthompson@fbm.com
Anthony P. Schoenberg (State Bar No. 203714)
  aschoenberg@fbm.com
Evan M. Engstrom (State Bar No. 267300)
  eengstrom@fbm.com
James H. Baker (State Bar No. 291836)
  jbaker@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants

UNITED STATES DISTRICT COURT NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10,<br><br>Defendants. | Case No. CV13-05807 RMW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[LOCAL RULE 3-12] |

Pursuant to Civil Local Rule 3-12, Defendants submit this Administrative Motion to Consider Whether Cases Should be Related and to have this Court determine whether the case *San Francisco Veteran Police Officers Association, et al., v. City and County of San Francisco, et al.* No. 4:13-cv-05351-WHA is related to this case. The city ordinance being challenged in this case is virtually identical to the one at issue in the *San Francisco Veteran Police Officers*

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANTS' MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
Case No. CV13-05807 RMW

29688\4009113.2

*Association, et al., v. City and County of San Francisco, et al.* No. 4:13-cv-05351-WHA case now pending before the Honorable William H. Alsup.

Under the definition of related cases provided in Civil L.R. 3-12(a), *San Francisco Veteran Police Officers Association, et al., v. City and County of San Francisco, et al.* No. 4:13-cv-05351-WHA may be related to this action. Both cases involve the same, single question of law, specifically whether the city ordinances banning the possession of magazines containing more than 10 rounds violate the Second Amendment. See Civil L.R. 3-12(a)(1) ("The actions concern substantially the same . . . question of law.") The ordinances in question are essentially identical; the primary difference is that the Sunnyvale code bans the possession and use of these magazines, while the San Francisco ordinance prohibits only their possession. Because an individual cannot use these magazines without possessing them, this distinction appears to be inconsequential. Also the Court may determine that "[i]t appears likely that there will be an unduly burdensome duplication of labor . . . or conflicting results if the cases are conducted before different judges." Civil L.R. 3-12(a)(2). Both cases require application of the same legal doctrines and many of the same facts will be presented in both cases. This raises concerns about the possibility of conflicting results, as two Judges of this Court would be required to decide the issues of constitutionality and enforceability of essentially identical city codes. It may thus be an inefficient use of judicial resources to litigate these cases separately.

For the foregoing reasons, and pursuant to Civil L.R. 3-12, Defendants respectfully request that the Court consider whether the case *San Francisco Veteran Police Officers*

///
///
///
///
///
///
///
///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANTS' MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED        - 2 -
Case No. CV13-05807 RMW                                                        29688\4009113.2

*Association, et al., v. City and County of San Francisco*, et al. No. 4:13-cv-05351-WHA should be related to this case.

Dated: December 23, 2013          FARELLA BRAUN + MARTEL LLP

By: /s/
    Anthony Schoenberg

Attorneys for Defendants

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

# [PROPOSED] ORDER

Considering Defendants Administrative Motion to Consider Whether Cases Should Be Related (L.R. 3-12);

\_\_\_\_ The Court finds that *Leonard Fyock et al. v. City of Sunnyvale et al*. CV13-05807 RMW and the earlier-filed *San Francisco Veteran Police Officers Association, et al. v. City and County of San Francisco, et al.* No. 4:13-cv-05351-WHA are related.

\_\_\_\_ The Court finds that *Leonard Fyock et al. v. City of Sunnyvale et al*. CV13-05807 RMW is not related to *San Francisco Veteran Police Officers Association, et al. v. City and County of San Francisco, et al.* No. 4:13-cv-05351-WHA.

IT IS SO ORDERED.

Date: _____  _____

HON. RONALD M. WHYTE

UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANTS' MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. CV13-05807 RMW

- 4 -

29688\4009113.2