C. D. Michel - S.B.N. 144258
Clinton B. Monfort - S.B.N. 255609
Sean A. Brady - S.B.N. 262007
Anna M. Barvir - S.B.N. 268728
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,<br><br>Plaintiffs<br><br>vs.<br><br>THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10,<br><br>Defendants. | CASE NO: CV13-05807 RMW<br><br>**DECLARATION OF BRAD SEIFERS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF BRAD SEIFERS

1. I, Brad Seifers, am a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a current resident of the City of Sunnyvale.

3. I am a law-abiding adult who is not prohibited from owning firearms under the laws of the United States or the state of California. I have never been found by any law enforcement agency, any court, or any other government agency to be irresponsible, unsafe, or negligent with firearms in any manner.

4. Prior to December 6, 2013, I acquired a magazine capable of holding more than ten rounds in accordance with state and federal law. This magazine has not been permanently altered so as to be incapable of accommodating more than 10 rounds, its is not a .22 caliber tube ammunition feeding device, and it is not a tubular magazine contained in a lever-action firearm. I currently own and possess this magazine for in-home self-defense.

5. Prior to December 6, 2013, I lawfully acquired a handgun that came equipped with a magazine capable of holding 15 rounds.

6. I acquired the handgun with the magazine capable of holding 15 rounds for use in my home for self-defense.

7. I selected this particular firearm in part because I believe that a handgun with a magazine capable of holding more than ten rounds best suits my needs for in-home self-defense.

8. I am concerned that if multiple intruders attack me while at home, I will require the use of more than ten rounds to effectively protect myself and others in my home.

9. I fear that a home intruder will be carrying a firearm with a magazine capable of holding more than ten rounds, or will be carrying multiple firearms, and that I will require a firearm with a magazine capable of holding more than ten rounds to effectively protect myself and others from such a threat in my home.

10. I believe that being forced to change my magazine after expending ten rounds during any critical time that requires me to act in self-defense may impact my ability to effectively defend myself and others in my home. Should I require more than ten rounds to neutralize the threat of a home intruder or group of intruders, I fear that I will be unable to re-load my handgun in time to effectively defend myself and others in my home.

11. I fear that my firearm will malfunction when I need it most for self-defense if I use a magazine that was not originally designed for use with my handgun.

12. Due to the Defendants' enactment of Sunnyvale Municipal Code (SMC) section 9.44.050, I am prohibited from continuing to possess, within the City of Sunnyvale, any magazine capable of holding more than ten rounds that has not been permanently altered so that it cannot accommodate more than 10 rounds, is not a .22 caliber tube ammunition feeding device, and is not a tubular magazine that is contained in a lever-action firearm.

13. In accordance with SMC section 9.44.050, I intend to cease possessing any magazine prohibited by SMC section 9.44.050 within the City of Sunnyvale on or before March 6, 2013.

14. But for SMC section 9.44.050, I would immediately and continuously possess a magazine capable of holding more than ten rounds within the City of Sunnyvale for lawful purposes, including in-home self-defense. If this court declares SMC section 9.44.050 invalid or otherwise enjoins its enforcement, I will continue to possess any magazine prohibited by SMC section 9.44.050 within the City of Sunnyvale.

15. Because SMC section 9.44.050 requires that I cease possessing within the City of Sunnyvale any magazine prohibited by SMC section 9.44.050, I will be continuously and irreparably harmed by the ongoing deprivation of my individual, fundamental right to possess and use commonly possessed firearm magazines for lawful purposes, including in-home self-defense, without risking criminal prosecution.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on December 19, 2013.

_____
Brad Seifers, Declarant

4
DECLARATION OF BRAD SEIFERS