1   C. D. Michel - S.B.N. 144258
    Clinton B. Monfort - S.B.N. 255609
2   Sean A. Brady - S.B.N. 262007
3   Anna M. Barvir - S.B.N. 268728
    MICHEL & ASSOCIATES, P.C.
4   180 E. Ocean Boulevard, Suite 200
    Long Beach, CA 90802
5   Telephone: (562) 216-4444
6   Facsimile:   (562) 216-4445
    Email: cmichel@michellawyers.com
7

8   Attorneys for Plaintiffs

9

# IN THE UNITED STATES DISTRICT COURT

10

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

### SAN JOSE DIVISION

12

13

| | |
|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,<br><br>           Plaintiffs<br><br>    vs.<br><br>THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE,  ANTHONY SPITALERI in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10,<br><br>           Defendants. | **CASE NO: CV13-05807 RMW**<br><br>**DECLARATION OF GARY KLECK IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

# DECLARATION OF GARY KLECK

## My Qualifications

1.     I am a Professor of Criminology and Criminal Justice at Florida State University. I received my doctorate in Sociology from the University of Illinois in 1979, where I received the University of Illinois Foundation Fellowship in Sociology. I am currently the David J. Bordua Professor of Criminology at Florida State University, where I have been on the faculty since 1978. My research has focused on the impact of firearms and gun control on violence, and I have been called "the dominant social scientist in the field of guns and crime" (Vizzard, 2000, p. 183).

2.     I have published the most comprehensive reviews of evidence concerning guns and violence in the scholarly literature, which informs and serves as part of the basis of my opinions. I am the author of <u>Point Blank: Guns and Violence in America</u>, which won the 1993 Michael J. Hindelang Award of the American Society of Criminology, awarded to the book of the previous several years which "made the most outstanding contribution to criminology." More recently, I authored <u>Targeting Guns</u> (1997) and, with Don B. Kates, Jr., <u>The Great American Gun Debate</u> (1997) and <u>Armed</u> (2001).

3.     I have also published scholarly research in all of the leading professional journals in my field. Specifically, my articles have been published in the <u>American Sociological Review</u>, <u>American Journal of Sociology</u>, <u>Social Forces</u>, <u>Social Problems</u>, <u>Criminology</u>, <u>Journal of Criminal Law and Criminology</u>, <u>Law & Society Review</u>, <u>Journal of Research in Crime and Delinquency</u>, <u>Journal of Quantitative Criminology</u>, <u>Law &</u>

Contemporary Problems, Law and Human Behavior, Law & Policy Quarterly, Violence and Victims, Journal of the American Medical Association, and other scholarly journals.

4.   I have testified before Congress and state legislatures on gun control issues, and worked as a consultant to the National Research Council, National Academy of Sciences Panel on the Understanding and Prevention of Violence, as a member of the U.S. Sentencing Commission's Drugs-Violence Task Force, and, most recently, as a member of the Institute of Medicine and National Research Council Committee on Priorities for a Public Health Research Agenda to Reduce the Threat of Firearm-Related Violence. I am a referee for over a dozen professional journals, and serve as a grants consultant to the National Science Foundation.

5.   Finally, I teach doctoral students how to do research and evaluate the quality of research evidence, and have taught graduate courses on research design and causal inference, statistical techniques, and survey research methodology. My current curriculum vitae is attached.

6.   I am being compensated for my work at the rate of $350 per hour.

**Opinions and Supporting Evidence**

7.   Criminals rarely fire large numbers of rounds in a given crime incident, so possession of magazines capable of holding more than ten rounds of ammunition (termed "large-capacity magazines" by the Sunnyvale ordinance and thus referred to as "LCMs" hereafter) merely provides surplus rounds that are not fired and thus rarely can injure

additional victims.

8.     Supporting Evidence: A study of Jersey City, NJ, found that offenders did not even fire a single shot in over two-thirds of crimes in which the offender was armed with a handgun (Reedy and Koper 2003, p. 153). Of all violent crimes in which handguns *were* fired, only 2.5-3.0% involved more that 10 rounds being fired by the offender (p. 154). Even if limited just to incidents in which semi-automatic pistols *were* fired, only 3.6-4.2% of the incidents involved over 10 rounds being fired, which is just 1.7-2.0% of *all* handgun violent crimes (whether the gun was fired or not).  The average number of rounds fired was 3.23-3.68 in semi-automatic pistol incidents in which the gun was fired, and 2.30-2.58 in revolver incidents in which the gun was fired.  Likewise, a study of gun homicides in Philadelphia found even fewer shots fired per incident than in the Jersey City study – only 2.7 shots per semi-automatic pistol killing in 1990 (McGonigal et al. 1993).

9.     The only kind of shootings in which large numbers of rounds are commonly fired are mass shootings, incidents that involve many victims.  Mass shootings fortunately are quite rare in absolute terms.  For the most recent ten-year period for which we have complete data, 2003-2012 inclusive, there were 31 incidents with more than 6 persons shot (see Appendix) – about three per year in the United States (none occurring in Sunnyvale). Further, mass shootings account for only a very tiny share of all the homicides in the U.S. For the 2003-2012 period, mass shootings resulted in the murder of 233 persons (see Appendix), while FBI data indicate that there were a total of 159,927 murders and non-

negligent manslaughter committed in the U.S. over that same period (U.S. FBI 2013). Thus, mass shootings were responsible for just 1/7th of 1% of the nation's criminal homicides, whether committed with a gun or not. Even as a share of gun homicides, mass shootings account for well under 1% of the killings.

10. Even in the extremely rare mass shootings in which large numbers of victims were shot, the shooters virtually never <u>needed</u> LCMs to injure or kill as many victims as they did, because they either (a) possessed multiple guns, (b) possessed multiple magazines, or (c) had ample time and opportunity to reload, using smaller-capacity magazines. Therefore, even the hypothetical potential for reducing harm or improving the public's safety by limiting magazine capacity to no more than 10 rounds can be fairly described as being limited to no more than a very small subset of already very rare events.

11. A study of every mass shooting (more than six victims wounded or killed) that occurred in the United States over a ten year period (1984-1993 inclusive) found that offenders possessed multiple guns in thirteen of the fifteen incidents (about 87%), and in one of the two remaining cases (the Colin Ferguson case in New York in 1993) the offender reloaded at least once. Thus, the killers in mass shootings did not need LCMs to quickly fire large numbers of rounds or wound large numbers of victims – they either just switched loaded guns or reloaded their guns without interference from bystanders (Kleck 1997, pp. 124-126, 144).

12. I have updated the analysis of mass shootings beyond this published analysis

covering 1984-1993. All shooting incidents involving more than six victims shot (fatally or non-fatally, not including the offenders) for the period 1994 through July 2013 inclusive were examined based on news media accounts, and occasionally official reports. The incidents were confined to those involving more than six victims because the proposition that the use of LCMs affects the number of people killed or wounded is most likely to be supported in incidents with many victims. The cut-off of six victims was chosen because it would be virtually impossible to shoot more than six victims using a typical 6-shot revolver without reloading.

13. I supplemented my list of mass shootings with a list of mass shootings that involved use of LCMs compiled by the Violence Policy Center, an advocacy organization that favors strong gun control laws and specifically supports bans on LCMs. They gathered an arguably comprehensive set of shootings in which magazines of capacity 15 or more were used by the shooters (Violence Policy Center 2013). I used this list to supplement my list because VPC was well-motivated to locate every mass shooting involving the use of an LCM, as they clearly favored the notion that use of LCMs leads to a larger death toll in mass shootings (Violence Policy Center 2011). Thus, I sought to compile as comprehensive a list of such incidents as possible.

14. The updated results (see Appendix) confirmed the conclusions of the 1984-1993 analysis – LCMs were not needed for mass shooters to kill or injure as many victims as they did. The killer in every single mass shooting was either armed with multiple guns,

had multiple magazines, or actually reloaded during the incident. There were a total of 57 mass shootings (i.e., incidents with more than 6 victims killed or wounded in a single incident) in the U.S. in 1994-2013 – none of which occurred in Sunnyvale. The shooters used one or more magazines with a capacity of 15 or more rounds in 22 of these incidents; no LCM was used in the other 35 incidents (or about 61%). Of the 22 mass shootings in which LCMs were used, the shooter possessed only one gun in just four, or perhaps five, incidents (see, in Appendix, those dated 11-2-96, 12-5-07, 1-8-11, 9-6-11, and possibly 3-12-05). In the other 17 or 18 incidents, the shooter possessed multiple guns and therefore could continue firing large numbers of rounds simply by switching guns, even if they had not possessed an LCM. Of the 22 mass shootings in which LCMs were used, the shooter possessed only one magazine in just *one* incident (dated 2-7-08). In the other 21 LCM incidents, the shooter possessed multiple magazines, and could therefore continue firing large numbers of rounds simply by switching magazines. *There was not a single mass shooting in which the offender used an LCM, and was known to have possessed just one gun and just one magazine in his immediate possession.* Thus, even if LCMs had not been available, all of the shooters could have fired large numbers of rounds simply by firing multiple guns or using a single gun but changing smaller capacity magazines.

15.    One circumstance in which use of an LCM could affect the number of casualties even if the shooter possessed multiple guns or multiple magazines is if there were bystanders willing to tackle the shooter during his attempt to change magazines or firearms.

The use of an LCM prior to that time could affect the number of victims shot, since the killer could have fired more rounds before needing to reload or switch guns. The only mass shooting in this 20-year period in which this definitely occurred was the Springfield, Oregon murders on May 21, 1998, in which the shooter (Kip Kinkel) used an LCM, but was tackled while attempting to reload. In this single case, the shooter's possession of an LCM may have affected the number of casualties because he was able to fire more rounds before needing to reload, and there were bystanders willing and able to intervene when he did try to reload. Thus, merely having multiple smaller capacity magazines would not have been, in this incident, a complete substitute for an LCM, since the casualty count was a function of the capacity of the magazine used before bystanders stopped the shooter.

16. There was also one other mass shooting in this period in which bystanders intervened, but key details are in dispute, making it unclear whether bystanders intervened while the shooter was reloading. In the Tucson, Arizona shooting in January 2011 in which Rep. Gabrielle Gifford was wounded, the shooter was tackled by bystanders. Some eyewitnesses stated, however, that the shooter was already trying to leave the scene when he was tackled by bystanders, in which case the bystanders did not interrupt the shooting while the shooter was trying to reload (*New York Times* January 10, 2011, p. A1). There were no other mass shootings known to me in this 20-year period in which the shooter was disrupted by bystanders while attempting to reload or switch guns.

17. In sum, use of large-capacity magazines arguably affected the number of

DECLARATION OF GARY KLECK

persons killed or wounded in just one, or possibly two, of the 57 mass shootings occurring in the U.S. in 1994-2013. Synopses of the mass shootings for 1994-2013, and sources relied upon, can be found in the Appendix.

18.     It might be speculated that the total number of rounds fired, and thus the number of victims shot, might be increased by an offender's use of an LCM rather than a smaller capacity magazine because use of the LCM would not require a magazine change so soon or so often. Thus, the absence of LCMs would slow the shooter's rate of fire and extend the time the killer was not shooting, allowing some prospective victims to take additional evasive or defensive actions they otherwise would not have been able to take. While this has some hypothetical plausibility, it is inconsistent with the rates of fire sustained in actual mass shootings. A change of the box-type magazines used in semi-automatic pistols and rifles takes no more than 2-4 seconds, depending on the shooter's skill. Mass killers, however, virtually never fire at a rate of even one round every 2 seconds, and usually fire at even slower rates.

19.     Table 1 summarizes data on all 21 of the 57 total mass shootings summarized in the Appendix for which news media accounts provided information on both the number of shots fired and the time span in which shots were fired, thereby allowing reasonable computation of rates of fire. Only 2 shooters of the 21 total took less than 2 seconds per shot fired, and only 5 took under 4 seconds. Even with this handful of incidents with unusually rapid fire, however, the difference between the 1.4 seconds per shot and 1.6

seconds per shot observed in two incidents with the highest rates of fire, and the 2-4 seconds that it takes to change a box-type magazine is not likely to even be perceptible to prospective victims. That is, they would be unlikely to even be aware of the very slight slowing of the killer's rate of fire necessitated by his changing of magazines. In sum, even if LCM bans forced some mass shooters to use smaller capacity magazines and therefore change magazines earlier and/or more often, it is unlikely that it would perceptibly reduce those offenders' rate of fire and thereby allow victims to take any additional evasive or defensive actions that they otherwise would not have been able to take. Only in the rare cases in which shooters took an unusually long time to reload might there be an opportunity for victims to take additional defensive or evasive actions that they would not have taken, but for the magazine change.

20. On the other hand, limits on magazine capacity are likely to sometimes impair the ability of citizens to engage in lawful self-defense, in those crime incidents necessitating that the victim fire many rounds in order to stop the aggressive actions of offenders. In contrast to mass shooters, victims of crimes generally cannot plan for or anticipate crimes to occur at a specific time and place – these things are beyond their control. Therefore, they ordinarily cannot plan, like an intentional mass shooter, to routinely have many loaded guns and/or numerous magazines with them at the times and places in which particular crimes against them might occur. Victims usually have to make do with a single available gun and its ammunition capacity. Consequently, if their one gun or magazine's capacity was limited

to 10 or fewer rounds, this means they cannot do what mass-shooters do and simply plan to have multiple guns and magazines ready for their use. Further, persons who are law-abiding would be unlikely to simply violate the law and acquire banned LCMs, as criminals, by definition, freely do.

21. Some defensive gun uses (DGUs) are likely to require large numbers of rounds being fired either because (a) the crime victim faces multiple offender adversaries who will not stop their aggression unless shot or fired upon, and/or because (b) the victim will, under the stressful conditions of a crime victimization, miss with most of his or her shots.

22. Regarding the first point, the 2008 U.S. Department of Justice's National Crime Victimization survey, indicated that 17.4% of violent crimes in the United States involved two or more offenders, and that nearly 800,000 violent crimes occurred in 2008 in which the victim faced multiple offenders. Thus, crime victims would need to fire larger numbers of rounds to protect themselves because they would face multiple criminal adversaries. Regarding the second point, a reasonable estimate of the marksmanship of crime victims using guns for self-defense can be inferred from a review of the many detailed studies that have been done of shootings by police officers in which the officers were trying to shoot criminal adversaries. In many of these shootings, the officers fired large numbers of rounds. Yet, in 63% of the incidents, the officers failed to hit even a single offender with even a single round (Geller and Scott 1993).

23. Police officers have the experience, training, and temperament to handle

DECLARATION OF GARY KLECK

stressful, dangerous situations, so it might be argued that marksmanship among civilians using guns for self-protection is lower than the 37% "hit rate" of police. ("Hit rate" here means the percent of incidents in which the police officer achieved at least one hit, not the percent of shots fired that hit the criminal.) Certainly there is no reliable empirical evidence that civilian marksmanship in such situations is better than that of police officers. Thus, these data indicate that the typical crime victim would have to fire at least three rounds in order to successfully wound each offender they tried to shoot. Crime victims facing four or more offenders would therefore statistically need at least 12 rounds or more to even wound all of them. A ban on magazines with more than 10 rounds would make it impossible to fire this many rounds with a single magazine.

24.     Although we do not know the number of DGUs by crime victims that involved use of LCMs or the firing of more than 10 rounds, the number is likely to be larger than the number of <u>crimes</u> in which LCM- use caused a larger number of victims to be injured or killed, for two reasons. First, the number of criminal uses fitting this latter description is, as previously noted, close to zero, so even a tiny number of DGUs requiring an LCM would outnumber criminal uses requiring an LCM. Second, the *total* number of defensive uses of guns by crime victims, without regard to number of rounds fired or use of LCMs, is far larger (perhaps five times larger) than the total number of crimes committed by offenders using guns.

25.     Regarding the second point, the most detailed survey of DGUs, based on the

largest sample of U.S. adults (n=4,977), was conducted in 1993. The researchers found that 1.32% of U.S. adults (age 18+) had used a gun defensively, either firing the gun at, or threatening, a criminal offender in the preceding 12 months. Multiplying this times the size of the adult population yielded an estimate of 2.55 million DGUs in the preceding year (Kleck and Gertz 1995). This estimate was consistent with estimates derived from many other, smaller scale, surveys (Kleck 2001). (Criticism of this estimate has been uninformative due to an exclusive one-sided focus on errors tending to make the estimate too large, while ignoring well-known factors discouraging the reporting of crimes in general, and possession or use of guns in particular - see Kleck 2001).

26.     In that same year, there were no more than 554,000 crimes committed in which offenders fired a gun or used it to threaten a victim (Kleck and Gertz 1995, pp. 169-170), indicating there were about five times as many DGUs as there were crimes in which offenders used guns. At least 18 other national surveys have likewise yielded estimates of the national total of DGUs that exceeded the NCVS estimates of criminal uses of guns (Kleck 2001).

27.     Some law-abiding citizens, like many criminals, might acquire multiple smaller capacity magazines as a substitute for banned larger capacity magazines. This development would to some extent defeat the purpose of the magazine capacity limit. Some crime victims, however, will not be able to make effective use of multiple magazines. Under the intense emotional stress of a crime victimization, when the victim's hands are likely to be

shaking violently, it will often be impossible for victims to eject the expended magazine and insert a new one quickly enough to make effective use of the second magazine. Further, elderly or physically handicapped persons may find it physically impossible for them to quickly change magazines.

28.     By definition, criminals obey laws at a lower rate than non-criminals, so violation of legal limits on magazine capacity are likely to occur at a higher rate among criminals than among non-criminals. That is, such a law will reduce possession of LCMs more among law-abiding citizens than among criminals, and thus more among non-criminal victims and prospective victims than among criminal offenders.

29.     Points (24)-(28) in combination logically lead to the conclusion that a law limiting the maximum capacity of magazines to no more than 10 rounds will reduce (a) DGUs by victims who needed to fire large numbers of rounds to effectively defend themselves and were able to successfully do so more than it will reduce (b) criminal attacks in which offender use of LCMs caused larger numbers of victims to be killed or injured.

30.     Victim DGU is generally effective: it makes it less likely the victim will be injured or lose property. Consequently, a law that obstructs DGU by crime victims impairs their capacity for effective self-protection and increases the likelihood of the victims suffering injury or property loss.

31.     Analyses of data generated by the U.S. Census Bureau's National Crime Victimization Survey (NCVS) have consistently indicated that crime victims who use guns

for self-protection are less likely to be injured or lose property than victims who do not (Kleck 1988; Kleck and DeLone 1993; Southwick 2000; Kleck 2001, Chapter 7; Tark and Kleck 2004). More specifically, DGU is more effective in preventing serious injury than any other victim self-protection strategy, among the 16 strategies covered in the NCVS (Tark and Kleck 2004, pp. 891-894).

32.    Opinions 29 through 31 in combination logically lead to the conclusion that a law limiting magazine capacity to no more than ten rounds will do more harm than good, because it will reduce (a) the harm-*preventing* effects of victim DGU more than it will reduce (b) the extremely rare harm-*causing* effects of offender use of LCMs.

33.    This conclusion not only follows logically from opinions 29 through 31, but is also supported by actual experience with the federal ban on LCMs (also defined as holding over 10 rounds) that was in effect nationwide from 1994 to 2004.  A U.S. Department of Justice-funded evaluation found that there was "no discernible reduction in the lethality or injuriousness of gun violence during the post-ban years" (Koper 2013, p. 165; see also Koper 2004, p. 96).  The author of the evaluation argued that the federal ban would eventually have benefits if it were allowed to persist long enough.  This claim, however, was basically speculative, not based on any actual observed changes in violence.

34.    In sum, the best available evidence indicates that Sunnyvale's ban on LCMs is more likely, on net, to harm the safety of its citizens than to improve it.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on December 23, 2013.

Gary Kleck

## References

Geller, William A. and Michael S. Scott. 1993. Deadly Force: What We Know. Washington, D.C.: Police Executive Research Forum.

Kleck, Gary. 1997. Targeting Guns: Firearms and their Control. NY: Aldine de Gruyter.

Kleck, Gary. 2001a. "The frequency of defensive gun use: evidence and disinformation." Chapter 6 in Armed, by Gary Kleck and Don B. Kates. NY: Prometheus Books.

Kleck, Gary. 2001b. "The nature and effectiveness of owning, carrying, and using guns for self-protection." Chapter 7 in Armed, by Gary Kleck and Don B. Kates. NY: Prometheus Books.

Kleck, Gary, and Miriam DeLone. 1993. "Victim resistance and offender weapon effects in robbery." Journal of Quantitative Criminology 9(1):55-81.

Kleck, Gary, and Marc Gertz. 1995. "Armed resistance to crime: the .prevalence and nature of self- defense with a gun." Journal of Criminal Law and Criminology 86:150-187.

Koper, Christopher. 2004. An Updated Assessment of the Federal Assault Weapons Ban. Report to the National Institute of Justice. Philadelphia: Jerry Lee Center of Criminology. Available online at https://www.ncjrs.gov/pdffiles1/nij/grants/204431.pdf.

Koper, Christopher. 2013. "America's experience with the federal assault weapons ban, 1994-2004." Pp. 157-171 in Reducing Gun Violence in America, edited by Daniel W. Webster and Jon S. Vernick. Baltimore: Johns Hopkins University Press

McGonigal, M.D., Cole, J., Schwab, C.W., Kauder, D.R., Rotondo, M.F., and Angood, P.B.

1993. "Urban firearm deaths: a five-year perspective." <u>The Journal of Trauma</u> 35:532-537.

Reedy, D. C., and C. S. Koper. 2003. "Impact of handgun types on gun assault outcomes." <u>Injury Prevention</u> 9:151-155.

Southwick, Lawrence. 2000. "Self-defense with guns: The consequences." <u>Journal of Criminal Justice</u> 28:351-370.

Tark, Jongyeon, and Gary Kleck. 2004. "Resisting crime: the effects of victim action on the outcomes of crimes." <u>Criminology</u> 42:851-908.

U.S. Bureau of Justice Statistics, 2013. Data from the 2008 National Crime Victimization Survey, on the BJS website at http://bjs.gov/content/pub/pdf/cvus08.pdf, Table 37.

U.S. Federal Bureau of Investigation. 2013. Crime in the United States, 2012 (Uniform Crime Reports). Available online at http://www.fbi.gov/about-us/cjis/ucr/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/tables/1tabledatadecoverviewpdf/table_1_crime_in_the_united_states_by_volume_and_rate_per_100000_inhabitants_1993-2012.xls.

Violence Policy Center 2011. "High-capacity ammunition magazines: the common thread that runs through mass shootings."  Press release dated January 11, 2011, available online at http://www.vpc.org/press/1101az2.htm.

Violence Policy Center. 2013.  <u>Mass Shootings in the United States Involving High-Capacity Ammunition Magazines</u>.  Washington, D.C.: Violence Policy Center.  Available online at http://www.vpc.org/fact_sht/VPCshootinglist.pdf.

Vizzard, Willaim J.  <u>Shots in the Dark: The Policy, Politics, and Symbolism of Gun Control.  NY: Rowman & Littlefield.</u>

Table 1.  Rates of Fire in Mass Shootings (over 6 casualties), 1994-2013

| Date of Incident | Shots Fired[a] | Time of Firing (minutes) | Shots per minute | Seconds per Shot |
|---|---|---|---|---|
| 6-20-94 | >50 | c. 5 | >10 | <6.0 |
| 2-28-97 | 1,101 | 44 | 25 | 2.4 |
| 4-20-99 | 188 | 49 | 3.8 | 15.6 |
| 9-15-99 | >100 | 10 | >10.0 | >6.0 |
| 11-2-99 | 10 | <30 | <0.3 | >180.0 |
| 5-24-00 | c.5 | <90 | >0.06 | <1080.0 |

| | | | | |
|---|---|---|---|---|
| 9-22-00 | 9+ | <10 | >0.9 | <66.7 |
| 12-26-00 | 37 | 5-8 (6.5) | 5.7 | 10.5 |
| 2-5-01 | 25-30 (27.5) | 8-15 (11.5) | 2.4 | 25.1 |
| 3-5-01 | c. 24 | 6 | c. 4.0 | c. 15.0 |
| 3-12-05 | 22 | <1 | >22/0 | <2.7 |
| 3-21-05 | 45 | 9 | 5.0 | 12.0 |
| 3-25-06 | 8+ | c. 5 | >1.6 | <37.5 |
| 10-2-06 | 17-18 (17.5) | c. 2 | c. 8.75 | c. 6.9 |
| 4-16-07 | c. 174 | 156 | c. 1.11 | c. 53.8 |
| 10-7-07 | 30 | c. 1 | c. 30.0 | c. 2.0 |
| 12-5-07 | >30 | c. 6 | > 5.0 | <12.0 |
| 2-14-08 | 56 | 5 | 11.1 | 5.4 |
| 8-3-10 | 19 | 3 | 6.3 | 9.5 |
| 9-6-11 | 60+ | 1.42 | 42.3+ | 1.4 |
| 12-14-12 | 154+ | 4 | 38.5+ | 1.6 |

Note:

    a. Where a range was provided in news media accounts, the midpoint of the range (shown in parentheses) was used in rate-of-fire computations.

    <u>Source</u>: Appendix synopses of mass shootings.

**Appendix - Synopses of Mass Shootings, 1994-July 2013, in Chronological Order**
(Mass shooting = more than six victims killed or wounded in a single incident)

**Mass Shootings in 1994**

- The <u>Washington Post</u>: "5 Arrested in Shooting at Market; NE Men Charged with First Degree Murder," April 11, 1994
- Date: March 31, 1994
- Shooters: Unknown (Up to 4)
- Number of Guns in Shooter's Immediate Possession: Unknown
- Types of Guns Used: Tec-9 semi-automatic (found but no confirmation it was used during the shooting)
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: 30+
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown

- Number Killed: 1
- Number Wounded: 9
- Notes:  This was a gang related incident. Some reports indicate that other guns were found and there was more than one shooter but nothing was confirmed. The shooters had 5 specific targets, 4 of which they hit.
- The <u>New York Times</u>: "Gunman Kills 2 and Hurts 19 on Air Force Base," June 21, 1994
- <u>New York Times</u> "An Airman's Revenge: 5 Minutes of Terror," June 22, 1994; <u>Seattle Times</u> "Man Bent on Revenge Kills 4, Hurts 23," June 21, 1994.
- Date: June 20, 1994 Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 2
- Type of Gun Used: MAK-90 rifle, another "unspecified 'single shot' weapon (unused)
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine(s): 70
- Number of Shots Fired: Over 50
- Did Offender Reload: Unknown
- Time From Start to End: Unknown – 5 minutes?
- How Gun Was Acquired: Legally purchased from licensed dealer
- Number Killed: 4 (5 including gunman)
- Number Wounded: 23
- The <u>Washington Post</u>: "Gunman Kills 2, Wounds 5 in Attack on Abortion Clinics," December 31, 1994
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1-2 (A second was found at the scene but unused)
- Type of Gun Used: .22 caliber rifle, miscellaneous handgun
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Unknown
- Number Killed: 2
- Number Wounded: 5
- Notes: This was targeted at two abortion clinics with no specific individual target.

**Mass Shootings in 1995 -** none

**Mass Shootings in 1996** – none

**Mass Shootings in 1997**

- <u>CNN</u>: "Gunman Shoots 7, Kills Self at Empire State Building," February 24, 1997.
- Date: February 23, 1997
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: .380 caliber Beretta
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Purchased in Florida (Legality unknown)
- Number Killed: 1 (2 including gunman)
- Number Wounded: 6

<u>Police</u> Magazine: "5 Gunfights That Changed Law Enforcement," May 4, 2011.
Date: February 28, 1997
Shooters: 2
Number of Guns in Shooter's Immediate Possession: At least 4
Types of Guns Used: Fully automatic AIM AK-47, Norinco Type 56 S-1, semi-automatic HK-91, and a Bushmaster XM15 E2S (modified)
Number of Magazines: Unknown Maximum Capacity of Largest Magazine: Unknown (at least 3,300 rounds in box and drum magazines)
Number of Shots Fired: 1,101
Did Offenders Reload: Yes
Time from Start to End: 44 minutes
How Guns were Acquired: Unknown
Number Killed: 0 (2 including gunmen)

Number Wounded: 18

Notes: The shooters had an arsenal that the police could not compete with. Many of their weapons were fully automatic and the magazines were likely high capacity. Accounts differ on the number of shots fired.

- The <u>Associated Press</u>: "Man to be Executed Friday for Plant Shootings," October 30, 2005
- Date: September 15, 1997
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: semi-automatic pistol

- Number of Magazines: 4 empty
- Maximum Capacity of Largest Magazine: 8 rounds
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: 2.5 hours
- How Gun was Acquired: Unknown
- Number Killed: 4
- Number Wounded: 3
- Notes: The shooter was fired and sought revenge. By some accounts he had four other magazines for a total of 8 magazines with 8 rounds.
- <u>Reuters News</u>: "Six Charged in Mississippi High School Shooting," October 7, 1997
- Date: October 1, 1997
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: Rifle
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown (possibly from parents)
- Number Killed: 2 (3 if mother included in separate killing, no gun used)
- Number Wounded: 7
- Notes:  Six were charged, but with conspiracy. There was only one shooter and his target
  was an ex-girlfriend.
- The <u>New York Times</u>: "Gunfire Inside a School Kills 3 and Wounds 5," December 2, 1997
- Date: December 1, 1997
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 5
- Type of Guns Used: .22 caliber handgun (shooter also had two rifles and two shotguns)
- Number of Magazines: More than 1
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: No
- Time from Start to End: Unknown
- How Guns were Acquired: Unknown
- Number Killed: 3
- Number Wounded: 5

- Notes: According to a CNN article entitled "Kentucky School Shooter 'Guilty but Mentally Ill,'" October 5, 1998, the shooter stole the guns from different homes. According to The St. Petersburg Times: "Programmed to Kill," December 1, 1997, the shooter shot 8 to 10 rounds. According to The New York Times: "Forgiveness, After 3 Die in Shootings in Kentucky," printed on December 3, 1997, the shooter shot up to 12 rounds.

- The <u>New York Times</u> "Dismissed Worker Kills 4 and Then Is Slain," December 20, 1997;
   <u>Los Angeles Times</u> "Aftermath of Killer's Fury," December 20, 1997
- Date: December 18, 1997
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 3
- Type of Gun Used: AK-47, shotgun, and handgun
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine(s): Unknown
- Number of Shots Fired: 70
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown
- Number Killed: 4 (5 including gunman)
- Number Wounded: 3
- Notes: Employer was dismissed from Caltran's and a subsequent job. He then returned to the work site and randomly shot employees. He battled with police as well, for at least a minute, before his was killed.

**Mass Shootings in 1998**

- The <u>New York Times</u>: "From Wild Talk and Friendship to Five Deaths in a schoolyard March 29, 1998
- Date: March 24, 1998
- Shooters: 2
- Number of Guns in Shooter's Immediate Possession: At least 4 (shooters had access to 10 guns and a crossbow)
- Type of Guns Used: Remington .30-60 hunting rifle, Ruger .44 Magnum rifle
- Number of Magazines: 3 .30 caliber magazines (19 .44 caliber shells, 41 .357 shells, 49 .380 shells, 16 .30 special shells, 26 .357 magnum shells, 6 .30 caliber shells)
- Maximum Capacity of Largest Magazine(s): 30 round
- Number of Shots Fired: At least 26
- Did Offenders Reload: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Stolen From Parents

- Number Killed: 5
- Number Wounded: 11 (15 hit)
- Notes:  The History Channel has an article entitled "A School Shooting in Jonesboro, Arkansas, Kills Five. This article states that the two youths had "thirteen fully loaded guns including three semi automatic rifles, and 200 rounds of ammunition." The weapons were taken from the Golden family's home.

- The New York Times: "Sorrowful Town Honors Teen-Ager Killed in School Shooting," May 26, 1998.
- Date: May 21, 1998 Location: Springfield, Oregon
- Shooters: 1 (Kip Kinkel)
- Number of Guns in Shooter's Immediate Possession: 3
- Type of Guns Used: .22 caliber semi-automatic rifle, 9 mm Glock semi-automatic pistol,.22 caliber Ruger semi-automatic pistol
- Number of Magazines: At least 3
- Maximum Capacity of Largest Magazine: 50
- Number of Shots Fired: 51
- Did Offender Reload: Attempted to do so, **tackled by bystanders**
- Time from Start to End: Unknown
- How Guns were Acquired: From Parents
- Number Killed: 2 (4 including the parents who were killed the night before)
- Number Wounded: 22
- Notes:  According to PBS' Frontline (http://www.pbs.org/wgbh/pages/frontline/shows/kinkel/kip/cron.html) the shooter "carried 3 guns: a .22 caliber semi-automatic Ruger rifle, his father's 9mm Glock pistol and a .22 caliber Ruger semi-automatic pistol." The article states that he used a 50 round magazine and injured 25 students.

**Mass Shootings in 1999**

- The New York Times: "3 are Killed and 5 Hurt in Shootout in Utah City," April 16, 1999
- Date: April 15, 1999
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: .22 caliber semi-automatic handgun
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: 1-2 hours

DECLARATION OF GARY KLECK

- How Gun Was Acquired: Unknown
- Number Killed: 2
- Number Wounded: 5
- Notes: Numerous other sources list the wounded as 4 and not 5. According to <u>The South Florida Sun-Sentinel</u>: "Gun Sale Issues Raised After Salt Lake City Shooting," the shooter likely purchased the gun, a .22 caliber Ruger and had previously had a gun confiscated due to a misdemeanor gun offense.
- <u>CNN</u> Special: Using a copy of the Jefferson County Website with Details about the Columbine Massacre. ([http://www.cnn.com/SPECIALS/2000/columbine.cd/Pages/EQUIPMENT_TEXT.htm](http://www.cnn.com/SPECIALS/2000/columbine.cd/Pages/EQUIPMENT_TEXT.htm))
- Date: April 20, 1999
- Shooters: 2 (Dylan Klebold and Eric Harris)
- Number of Guns in Shooter's Immediate Possession: 4
- Types of Guns Used: Intratec TEC-DC-9 9-mm semi-automatic handgun, Hi-Point 995 9mm carbine rifle, Savage-Springfield 67H 12 gauge pump action shot gun, Stevens 311D double barreled shot gun.
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: 188
- Did Offenders Reload: Yes
- Time from Start to End: 49 minutes
- How Guns were Acquired: From Friends
- Number Killed: 13 (15 including shooters)
- Number Wounded: 21
- Notes: This is one of the most reported and well known mass shootings. Details are solidified through official reports by the Jefferson County Sheriffs' Department and the FBI. Some of the above information was taken from additional published sources.
- <u>CNN</u>: "'Mental Breakdown' Defense Hinted in Georgia School Shooting," May 24, 1999
- Date: May 20, 1999
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: .22 caliber rifle, .357 magnum handgun
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: 14
- Did Offender Reload: No
- Time from Start to End: Unknown
- How Guns were Acquired: Stolen from parents
- Number Killed: 0
- Number Wounded: 6

- Notes: None
- The <u>New York Times</u>: "Shootings in Atlanta: The Overview; Gunman in Atlanta Slays 9, then Himself," July 30, 1999
- Date: July 29, 1999
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: 9mm semi-automatic pistol, .45 caliber handgun
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: 5.5 hours
- How Guns were Acquired: Unknown
- Number Killed: 9 (13 including family, but they were not shot, 14 including gunman who shot himself)
- Number Wounded: Unknown
- Notes: CNN: "Shooter Lost $105,000 in Month, but Motive Still a Mystery," July 30, 1999 states that 13 were wounded. This same article claims there were a total of four guns in the car with over 200 rounds of ammunition. There was a Glock 9mm handgun, a Colt .45 handgun, a H&R .22 caliber revolver, and a Raven .24 caliber pistol. The H&R was legally purchased by the shooter in a pawn shop in 1976 and someone else purchased the Raven from another pawn shop in 1992. The Glock and Colt were used during the shootings but there is no information regarding how they were obtained.
- <u>Time</u> Magazine: "Terror In The Sanctuary," September 20, 1999
- Date: September 15, 1999
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: 9-mm semi-automatic handgun and a .380 caliber handgun
- Number of Magazines: 3
- Maximum Capacity of Largest Magazine: 15
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: Unknown
- How Guns were Acquired: Purchased (Unknown source)
- Number Killed: 7 (8 including the gunman)
- Number Wounded: 7
- Notes: According to a Houston Press article entitled "Faith's Fusillade" from November 4, 1999, the gunman had purchased the guns seven years before the shooting in Grand Prairie. He took 10 magazines with him. They state that the 9mm gun was a Ruger and that the event lasted 10 minutes. According to the official Wedgwood Baptist Church website, the gunman fired over 100 rounds.

- The <u>New York Times</u>: "Man Opens Fire in Xerox Office, Killing 7," November 3, 1999.
- Date: November 2, 1999
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Gun Used: 9mm pistol
- Number of Magazines: 3
- Maximum Capacity of Largest Magazine: 15
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Less than 30 minutes
- How Guns were Acquired: Legally Purchased and Registered 17 of the 18
- Number Killed: 7
- Number Wounded: 0
- Notes: The shooter was a registered owner of 17 guns, but 18 were recovered from his home including 11 handguns, 5 rifles and 2 shotguns. According to The Honolulu Advertiser's article "No Closure Yet for Families Suing Uyesugi" published on November 1, 2004, the gun was a Glock. According to TruTV's Crime Library in an article entitled "Examining Workplace Homicide: The Xerox Murders," the shooter fired 10 rounds.
- The <u>New York Times</u>: "Gunman Kills 5 in Rampage Starting at Florida Hotel," December 31, 1999
- Date: December 30, 1999
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: 9mm semi-automatic handgun, .38 caliber handgun
- Number of Magazines: Unknown but more than one
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: Unknown
- How Guns Were Acquired: Legally purchased at a flea market and a local store
- Number Killed: 5
- Number Wounded: 3

Notes: None

**Mass Shootings in 2000**
- *The Baltimore Sun* "Police Arrest Teen Suspect in National Zoo Shooting," April 26, 2000
- Date: April 24, 2000
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1

- Types of Guns Used: 9mm (Gun was never recovered, but 9mm shells were found on the scene along with a holster)
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: According to a witness 6-8 (See video here: http://www.c-spanvideo.org/program/156805-1)
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown (Since the shooter was a minor it was likely illegally obtained)
- Number Killed: 0
- Number Wounded: 7
- Notes: Two groups of teens had a fight early in the day and this event was believed to be related and some form of retaliation.
- *CNN* "Two Suspects in Wendy's Shootings Arrested," May 26, 2000
- Date: May 24, 2000
- Shooters: 2
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: Bryco-Jennings .380 caliber semi-automatic pistol
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: Unknown (Each victim was shot once in the head so likely 5)
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: Less than 1.5 hours
- How Gun was Acquired: Unknown
- Number Killed: 5
- Number Wounded: 2
- Notes: This was connected to a robbery, but the shooters knew ahead of time that they would execute each of the employees.
- *The Washington Post* "Gay Shooting Said Linked to Jokes," September 27, 2000
- Date: September 22, 2000
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: 9mm Ruger semi-automatic handgun
- Number of Magazines: 1
- Maximum Capacity of Largest Magazine: Unknown but more than 9
- Number of Shots Fired: Unknown (Victims suffered wounds from at least 9 shots see *Roanoke Times* "Grand Jury Indicts Suspect in Bar Shootings if Convicted on All Charges, He Could Face 180-Year Sentence," 2000

DECLARATION OF GARY KLECK

- Did Offender Reload: No
- Time from Start to End: Less than 10 minutes
- How Gun was Acquired: Unknown
- Number Killed: 1
- Number Wounded: 6
  ◦ Notes: A Vietnam vet who suffered from post traumatic stress disorder who was unable to get medication hated that his last name was "Gay" and that people teased him for that.
- *The New York Times* "A Deadly Turn to a Normal Work Day," December 28, 2000, *Boston Herald* "Wakefield Massacre; Accused Shooter Amassed Arsenal at His Home, Work", December 28, 2000
- Date: December 26, 2000
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: AK-47 style rifle, a Winchester 12 gauge pump-action shotgun and a .32 caliber semi-automatic pistol
- Number of Magazines: 4+
- Maximum Capacity of Largest Magazine: 30
- Number of Shots Fired: 37
- Did Offender Reload: Yes
- Time from Start to End: 5-8 minutes
- How Guns were Acquired: Unknown
- Number Killed: 7
- Number Wounded: 0
  ◦ Notes: The shooter claimed that he heard voices and that his victims were Nazis from the past. The jury didn't believe he was mentally ill and the prosecution showed he was intelligent and executed this plan targeting specific people and it was due to owing upwards of $5,000 in back taxes that were to be garnished from his wages.

**Mass Shootings in 2001**

- *ABC News* "Ex-Employee Kills 4, Self in Rampage," February 6, 2001, *Chicago Tribune* "Navistar Gunman Got Past Cracks in Gun Law," February 7, 2001, *Chicago Tribune* "Weapon Used at Navistar Traced to Shorewood Man," March 1, 2001
- Date: February 5, 2001
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 4
- Types of Guns Used: SKS semi-automatic rifle, Remington shotgun, .30 caliber

hunting rifle, .38 caliber revolver
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: 25-30
- Did Offender Reload: Unknown
- Time from Start to End: 8-15 minutes
- How Guns were Acquired: The Remington shotgun and .30 caliber hunting rifle were purchased legally in 1993 from a dealer. The SKS rifle was transferred illegally.
- Number Killed: 4 (5 including shooter)
- Number Wounded: 4

Notes: The shooter claimed that he heard voices and that his victims were Nazis from the past. The jury didn't believe he was mentally ill and the prosecution showed he was intelligent and executed this plan targeting specific people and it was due to owing upwards of $5,000 in back taxes that were to be garnished from his wages.

- *ABC News* "Exclusive: Santana School Shooter," October 10, 2001
- Date: March 5, 2001
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: .22 caliber revolver
- Number of Magazines: N/A
- Maximum Capacity of Largest Magazine: N/A
- Number of Shots Fired: ~24
- Did Offender Reload: Yes
- Time from Start to End: 6 minutes
- How Guns were Acquired: Stolen from shooter's father
- Number Killed: 2
- Number Wounded: 13

Notes: The shooter was a 15 year old freshman who claimed he was bullied and wanted to prove that he was strong enough to fend for himself. He reloaded the revolver three times and had a total of 40 bullets with him at the time.

**Mass Shootings in 2002** – none

**Mass Shootings in 2003**
- *The New York Times* "Man Kills 5 Co-Workers at Plant and Himself," July 9, 2003, *The Clarion-Ledger* "Meridian Rampage: Investigation Winds Down," November 17, 2003
- Date: July 8, 2003

- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 2 (Shooter had a total of 5, 3 in his car)
- Types of Guns Used: Winchester 12 gauge pump-action shotgun (did not fire but had a Mini-14 .223 semi-automatic; in the car he had a .22 Magnum derringer, a .45 caliber Ruger, and a .22 rifle)
- Number of Magazines: Unknown (He wore a bandolier to store ammunition)
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: ~10 minutes
- How Guns were Acquired: Unknown
- Number Killed: 6 (7 including the shooter)
- Number Wounded: 8
  Notes: This was a racially motivated work place shooting. The shooter was heavily armed but used only the pump-action shotgun during the shooting.

**Mass Shootings in 2004**

- *The Associated Press* "Suspect Says Hunters Shot at Him First," November 23, 2004, *Duluth News Tribune* "Timeline of Sunday's Shootings," November 23, 2004, *The Associated Press* "Murder Trial of Hmong Immigrant Accused of Killing Six Hunters Opens in U.S.," September 10, 2005
- Date: November 21, 2004
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: SKS 7.62mm semi-automatic rifle
- Number of Magazines: 1-2
- Maximum Capacity of Largest Magazine: 10 rounds
- Number of Shots Fired: 20+
- Did Offender Reload: Yes
- Time from Start to End: Unknown (Captured four hours after the shooting)
- How Guns were Acquired: Unknown
- Number Killed: 6
- Number Wounded: 2
  Notes: Some accounts claim that the shooter had a 20 round magazine. However, the AP report states that prosecutors displayed a 10 round magazine in court and claimed that he shot at least 20 rounds.

**Mass Shootings in 2005**

- *The New York Times* "Police Search for Answers in Wisconsin Shooting," March 13, 2005, *The New York Times* "After Shootings in Wisconsin, a Community Asks 'Why,'" March 14, 2005
- Date: March 12, 2005
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: 9mm semi-automatic handgun
- Number of Magazines: 2
- Maximum Capacity of Largest Magazine: Unknown (Based on shots fired, they must have been 11+)
- Number of Shots Fired: 22
- Did Offender Reload: Yes
- Time from Start to End: Less than a minute
- How Guns were Acquired: Unknown
- Number Killed: 7 (8 including shooter)
- Number Wounded: 4
  Notes: None.
- *CBS News* "Red Lake Massacre Took 3 Minutes," February 11, 2009
- Date: March 12, 2005, *CNN Anderson Cooper 360 Degrees*, Aired March 22,2005
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: Ruger .22 caliber semi-automatic handgun, Glock .40 caliber semi-automatic handgun, Remington 12 gauge shotgun (The brands were listed on Wikipedia but the articles only list the caliber and types)
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: 45 (13 more were used to kill his grandfather and his friend)
- Did Offender Reload: Unknown
- Time from Start to End: 9 minutes (This is for the school shooting. He killed his grandfather and his grandfather's friend that morning as well)
- How Guns were Acquired: Stolen from grandfather
- Number Killed: 7 (9 including grandfather and grandfather's friend, 10 including shooter)
- Number Wounded: 5
  Notes: Another school shooting by a troubled teen. He killed his grandfather by shooting him twice in the head and ten times in the chest with the .22. He then shot and killed his grandfather's friend before going to the school.

**Mass Shootings in 2006**

- *Panel Report on the Shooting* (See http://seattletimes.nwsource.com/ABPub/2006/07/17/2003133196.pdf)
- Date: March 25, 2006
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 2 (Others found in his car)
- Types of Guns Used: Winchester Defender pump-action 12 gauge shotgun, Ruger P-94 .40 caliber handgun (He had an AR-15 in his car)
- Number of Magazines: 2 bandoliers containing 15 rounds of 00 buckshot shotgun and 3 total magazines for the Ruger (Shotgun was reloaded twice with 8 rounds and the handgun was reloaded once)
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: 9+ from the shotgun (one to kill himself) 8+ from the Ruger
- Did Offender Reload: Yes
- Time from Start to End: ~5 minutes
- How Guns were Acquired: Purchased legally
- Number Killed: 7
- Number Wounded: 2
  Notes: Perhaps one of the most detailed shootings given the full report. The magazines seemed to hold less than 15 rounds given the number fired and when they were reloaded. Most of the damage was done with the shotgun, but the shooter did use both guns on victims who didn't die. It is unknown why he didn't use the AR-15 but carried ammunition for it.
- *The Washington Post* "Pa. Killer had Prepared for 'Long Siege,'" October 4, 2006, *Fox News* "Gunman Reportedly Bent on 'Revenge' Kills Girls, Self at Amish School," October 3, 2006, *Vancouver Sun* "Man Takes Own Life at End of Killing Spree," October 3, 2006
- Date: October 2, 2006
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: Springfield 9 mm semi-automatic pistol, a Ruger .30-06 bolt-action rifle and a Browning 12 gauge pump action shotgun)
- Number of Magazines: Unknown (Shooter had a bag with over 600 rounds)
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: 17-18 rounds (One coroner report lists at least 24 shots in one child, which differs from the police reports)
- Did Offender Reload: Unknown

- Time from Start to End: c. 2 minutes
- How Guns were Acquired: 9mm purchased legally, others unknown
- Number Killed: 5 (shooter killed himself, bringing the total to 6)
- Number Wounded: 5
  Notes: The shooter broke into the school, forced the boys and older women to leave and then made the remaining ten girls line up facing the chalkboard. He planned on molesting the girls, but attempted to execute them all instead.

## Mass Shootings in 2007

- *The New York Times* "After a Rampage, Trying to Grasp What Led a Son to Kill," February 20, 2007, *The Associated Press* "Agents Say Pistol had Changed Hands Many Times," March 29, 2007, *Desert Morning News* "Gun Dealer to Plead in Trolley Square Gun Case," November 20, 2007, *The Associated Press* "Man Pleads Guilty to Selling Handgun to Mall Shooter," October 25, 2007
- Date: February 12, 2007
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Maverick Arms Model 88 12 gauge shotgun, Smith and Wesson .38 caliber pistol
- Number of Magazines: N/A (Shooter had "backpack full of ammunition" and "bandolier of shotgun shells")
- Maximum Capacity of Largest Magazine: N/A
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: 6 minutes
- How Guns were Acquired: Shotgun purchased legally, handgun stolen from a man's father to trade for drugs and eventually sold to shooter(Sources differ on the shotgun's legality. The shotgun had a pistol grip and the shooter was 18 thus making it illegal. If that is the case, both guns were illegally possessed by the shooter)
- Number Killed: 5 (6 including shooter)
- Number Wounded: 4
  - Notes: The shooter went to Trolley Square and opened fire with no known motive. An off-duty police officer fired at him and stopped him from killing others until the SWAT team showed up and killed the shooter.
- *Virginia Tech Review Panel* (See http://www.governor.virginia.gov/TempContent/techPanelReport.cfm)
- Date: April 16, 2007
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 2

- Types of Guns Used: Glock 19 9mm semi-automatic pistol, Walther P22 .22 caliber pistol
- Number of Magazines: 19
- Maximum Capacity of Largest Magazine: 15 rounds
- Number of Shots Fired: ~174
- Did Offender Reload: Yes
- Time from Start to End: 2 hours 36 minutes
- How Guns were Acquired: The Walther P22 was purchased online and picked up at a pawn shop, the Glock 19 was purchased at a gun shop.
- Number Killed: 32 (33 including shooter)
- Number Wounded: 23 (17 by gunfire)
  - Notes: The VA Tech shooting was as highly or more highly publicized than the Columbine shooting. All the information here is taken from the official panel review. The panel review also states that if Cho had only used 10 round magazines, it was unlikely that the outcome would have been different.
- *CNN* "Computers May Yield Clues About Mall Shooter," December 7, 2007, *The New York Times* "Details of Omaha Shooting Emerge," December 6, 2007
- Date: December 5, 2007
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: AK-47 style semi-automatic rifle
- Number of Magazines: 2 (Some reports indicate that the magazines were taped together "jungle style")
- Maximum Capacity of Largest Magazine: 30 rounds
- Number of Shots Fired: ~30
- Did Offender Reload: Unknown but likely (Police report that the shooter likely shot more than 30 rounds)
- Time from Start to End: ~6 minutes
- How Guns were Acquired: Stolen from father
- Number Killed: 8 (9 including shooter)
- Number Wounded: 5
  Notes: A depressed and suicidal teen randomly picked this mall and opened fire. There is no clear motive.
- (A shooting on December 10, 2007 was a spree killing not a mass shooting. 12 hours Shootings took place over a 12-hour period, were in two different locations about 75 miles apart. Shooter posted threats online between shootings)

**Mass Shootings in 2008**
- *St. Louis Dispatch* "Thornton Used Stolen Gun in Kirkwood Killings," February 28,

2008, *The Los Angeles Times* "Killer of Five Left Note: 'Truth will win' The Gunman ha a Long-Running Feud with City Officials," February 9, 2008

- Date: February 7, 2008
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: .44 caliber revolver (article claims gun's make and model cannot be identified), Smith and Wesson .40 caliber semi-automatic pistol
- Number of Magazines: 1 (Based on the fact that shooter stole the gun from police officer)
- Maximum Capacity of Largest Magazine: Unknown (15 would be likely)
- Number of Shots Fired: 15+
- Did Offender Reload: Unknown but unlikely
- Time from Start to End:
- How Guns were Acquired: .44 caliber revolver was stolen over ten years before the shooting (shooter may not have known it was stolen), the .40 caliber handgun was stolen from a police officer the shooter shot
- Number Killed: 6 (7 including shooter)
- Number Wounded: 1
  - Notes: The shooter used all six rounds in his gun, shooting a police officer and taking his gun. It is unknown exactly how many shots he fired from it, but he shot at least 15 total.
- *U.S Fire Administration/Technical Report Series* (See here http://www.usfa.fema.gov/downloads/pdf/publications/tr_167.pdf) *Report of the February 14, 2008 Shootings at Northern Illinois University* (See http://www.niu.edu/feb14report/Feb14report.pdf)
- Date: February 14, 2008
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 4 (Reports indicate that he had 4 but may have only used two; the Remington and the Glock)
- Types of Guns Used: Sig Sauer P232 9mm semi-automatic pistol, HiPoint CF380 .380 caliber semi-automatic pistol, Glock 19 9mm pistol, Remington Sportsman 48 12 gauge shotgun
- Number of Magazines: At least 6
- Maximum Capacity of Largest Magazine: 33 (Shooter had 2 15 round magazines and 2 33 round magazines for the Glock)
- Number of Shots Fired: 56 (6 rounds from the shotgun, 50 rounds from the Glock)
- Did Offender Reload: Yes
- Time from Start to End: 5 minutes
- How Guns were Acquired: Legally purchased from gun store

DECLARATION OF GARY KLECK

- Number Killed: 5 (6 including shooter)
- Number Wounded: 21
- Notes
  ◦ Both reports indicate that he fired with the Glock and Remington. Two fully loaded .380 magazines were found on the floor. The shooter was diagnosed with schizophrenia, depression, anxiety and had delusions. It is somewhat unclear what the motive for the killings was. (An incident occurring on September 2, 2008 was a spree killing, not a mass shooting.)
- *The Associated Press* "Santa Gunman Had Lost Job, Wife Before Gory Attack," December 27, 2008
- Date: December 24, 2008
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 4
- Types of Guns Used: semi-automatic handguns
- Number of magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: Unknown (One news account stated that all four guns were emptied)
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: Unknown
- How Guns were Acquired: Purchased (Unknown if legal or not)
- Number Killed: 9 (10 including shooter)
- Number Wounded: 2
  ◦ Notes: There aren't any news reports indicating the brand or model of the guns or the size of the magazines.

**Mass Shootings in 2009**

*New York Times*, March 10, 2009
Location: Geneva County, AL
Date: March 10, 2009
Number of Guns in Shooter's Immediate Possession: 4
Types of Guns Used: Bushmaster AR-15, SKS rifle, shotgun, and .38 caliber pistol
Number of Magazines: Unknown
Maximum Capacity of Largest Magazine: Unknown
Number of Shots Fired: Unknown
Did Offender Reload: Unknown
Time from Start to End: Unknown
How Guns Were Acquired: Unknown
Number Killed: 10

Number Wounded: 0

*Fayetteville Observer,* "Carthage Killings: A Key Eyewitness Speaks," March 31, 2009

Location: Carthage, NC

Date: March 29, 2009

Shooters: 1

Number of Guns in Shooter's Immediate Possession: 2+

Types of Guns Used: Shotgun, at least one other gun

- Number Magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: 15 minutes?
- How Guns were Acquired: Unknown
- Number Killed: 8
- Number Wounded: 3
- *The New York Times* "Shooting in Binghamton, N.Y.," April 3, 2009; *Bloomberg* "Binghamton Killer Fired 99 Shots from Two Handguns, Police Say," April 8, 2009
- Date: April 3, 2009
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Beretta .45 caliber semi-automatic pistol, Beretta 9mm semi-automatic pistol
- Number of Magazines: 3+
- Maximum Capacity of Largest Magazine: 30
- Number of Shots Fired: 99
- Did Offender Reload: Yes
- Time from Start to End: Minutes (It took police hours to secure the building)
- How Guns were Acquired: Legally purchased (Shooter had a license for the two guns)
- Number Killed: 13 (14 including shooter)
- Number Wounded: 4
  ◦ Notes: A somewhat deranged individual who believed police were secretly harassing him entered the immigration office and started shooting. The motive is unclear due to his mental condition and rambling letter. The number of magazines isn't exact, but at least two 30 round magazines were discovered for the 9mm and only 11 shots were fired from the .45.

*Pittsburgh Tribune-Review,* "Gunman Kills 3, Wounds 9 Before Killing Himself at Collier Fitness Center," August 5, 2009

Location: Collier, PA
Date: August 4, 2009
Shooters: 1
Number of Guns in Shooter's Immediate Possession: 4
Types of Guns Used: 2 x 9 mm pistols, .45 caliber pistol, .32 caliber pistol
Number of magazines: 2+
Maximum Capacity of Largest Magazine: 30
Did Offender Reload: Unknown
Number of shots fired: 50
Time from start to end: Unknown
How Guns Were Acquired: Unknown
Number Killed: 3
Number Wounded: 9

- *ABC News* "Alleged Fort Hood Shooter Nidal Malik Hasan was 'Calm,' Methodical During Massacre," November 6, 2009, *The Dallas Morning News* "Investigators Detail Ammo Found at Fort Hood Shooting Scene," October 21, 2010 (Updated November 26, 2010)
- Date: November 5, 2009
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1-2
- Type of Gun Used: FN Herstal 5.7 tactical pistol (Smith and Wesson .357 magnum was found but not used in the shooting)
- Number of Magazines: 15 (6 loaded with 177 rounds, 6 empty with 146 spent casings, 3 empty with 68 casings)
- Maximum Capacity of Largest Magazine: 20-30
- Number of Shots Fired: 214
- Did Offender Reload: Yes
- Time from Start to End: Minutes (It took police hours to secure the building)
- How Guns were Acquired: Legally purchased
- Number Killed: 13
- Number Wounded: 38
  ◦ Notes: The widely covered Fort Hood shooting.


**Mass Shootings in 2010**

*St. Louis Post-Dispatch*, "Why the Rampage?  Police Plan to Interview Family of Gunman, Co-workers at ABB Plant," January 9, 2010
Date: January 7, 2010
Location: St. Louis, MO
Shooters: 1

Number of Guns in Shooter's Immediate Possession: 3 or 4
Type of Guns Used: Romarm AK-47-style rifle, Tristar 12 gauge shotgun, Hi-Point .40 caliber pistol, possibly one other pistol
Number of magazines: 2
Maximum Capacity of Largest Magazine: "Banana-style" magazines – probably LCMs
Did offender reload? Unknown
Number of shots fired: "Over 100"
Time from Start to End: Unknown
How Guns Were Acquired: Unknown
Number Killed: 3
Number Wounded: 5
Notes: Workplace shooting by disgruntled employee

*The Lynchburg News &* Advance, "Law Officers Maintained Dark Vigil to Wait Out Appomattox Shooting Suspect."
Date: January 19, 2010
Shooters: 1
Number of Guns in Shooter's Immediate Possession: Unknown
Types of Guns Used: "High-powered rifle"
Number of Magazines: Unknown
Maximum Capacity of Largest Magazine: Unknown
Number of Shots Fired: Unknown
Time from Start to End: Unknown
How Guns Were Acquired: Unknown
Number Killed: 8
Number Wounded: 0

*Washington Times*: Three are Arrested in Drive-by Shooting," April 1, 2010
Date: March 30, 2010
Shooters: 3
Number of Guns in Shooter's Immediate Possession: 3
Types of Guns Used: AK-47 "assault rifle," 9 mm semiautomatic pistol, .45 caliber semiautomatic pistol
Number of Magazines: Unknown
Maximum Capacity of Largest Magazine: Unknown
Did Offender Reload: Unknown
Number of Shots Fired: Unknown
Time from Start to End: Unknown
How Guns Were Acquired: Unknown
Number Killed: 4

Number Wounded: 5

*Miami Herald* "Massacre in Hialeah Captured by Cameras," June 9, 2010.
- Date: June 6, 2010
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: .45 caliber semi-automatic handgun
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Unknown
- Number Killed: 4
- Number Wounded: 3
- The *Associated Press* "Police Report: No Racism Before Conn. Shootings," May 12, 2011, *The Hartford Courant* "Shooter had a Plan, Police: Mass Murderer hinted at His Intentions to Kill Co-Workers," May 13, 2011, *The Associated Press* "Cops: Conn. Gunman May Have Targeted Some Victims," August 4, 2010
- Date: August 3, 2010
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 2 (Shooter also had an unused shotgun in his car)
- Type of Gun Used: 2 x Ruger 9mm semi-automatic handguns
- Number of Magazines: 3-4 (Uncle stated that he saw 4 17 round magazines the night before the shooting but some reports say there was only 1 extra magazine)
- Maximum Capacity of Largest Magazine: 17 rounds
- Number of Shots Fired: 19
- Did Offender Reload: Unknown (Reports seem to indicate that he only used one of the guns. If so, he reloaded)
- Time from Start to End: 3 minutes
- How Guns were Acquired: Legally registered
- Number Killed: 8 (9 including shooter)
- Number Wounded: 2
- Notes: Eyewitness accounts state that he used one gun while carrying his lunchbox which held the other gun, magazines and extra ammo.

*The Buffalo News* "Two more sought in shootings," August 20, 2010
Buffalo, NY

DECLARATION OF GARY KLECK

Date: August 14, 2010
Shooters: 1
Number of Guns in Shooter's Immediate Possession: Unknown
Type of Guns Used: Unknown
Number of magazines: Unknown
Maximum Capacity of Largest Magazine: Unknown
Number of Shots Fired: Unknown
Did Offender Reload? Unknown
Time from Start to End: Unknown
How Guns Were Acquired: Unknown
Number Killed: 4
Number Wounded: 4

**Mass Shootings in 2011**

- *NBC News* "Tucson Shooting with High-Capacity Magazines Reignites Gun Debate," January 9, 2011, *Reuters* "TIMELINE: Tucson Shooting Rampage as it Unfolded," January 14, 2011; *New York Times* January 10, 2011, p. A1
- Date: January 8, 2011
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: Glock 19 9mm semi-automatic handgun
- Number of Magazines: 4
- Maximum Capacity of Largest Magazine: 2 x 33, 2 x 15
- Number of Shots Fired: Unknown
- Did Offender Reload: Not successfully. Witness reports conflict as to exactly what happened.
- Time from Start to End: 5 minutes
- How Guns were Acquired: Legally purchased
- Number Killed: 6
- Number Wounded: 13
- *Mlive* "Felon Linked to Stolen Gun in Rodrick Dantzler's Killing Spree Pleads to Firearms Charge," June 11, 2013, *The Grand Rapids Press* "Wife's Intent to Leave May have Set Off Killer, Police Say Gun was Stolen from a Kent County Home, but Motivation Remains Elusive," July 10, 2011, *Wood TV Channel 8* "Man to Plead to Selling Dantzler a Gun," June 27, 2013
- Date: July 7, 2011
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: Glock 9mm semi-automatic handgun
- Number of Magazines: 2+

- Maximum Capacity of Largest Magazine: 1x 12 round (One report indicates that police had reason to believe he had an "extended" magazine)
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: 8 hours (4 hour standoff with police and hostages before committing suicide)
- How Guns were Acquired: Stolen
- Number Killed: 7 (8 including shooter)
- Number Wounded: 2
  ◦ Notes: No clear motive and not much evidence regarding the magazines or their capacity.
- *CNN* "Gunman Kills 3, Wounds Other at Nevada IHOP," September 7, 2011
- September 6, 2011, *RGJ* "IHOP Shooting One Year Later: 85 Seconds that Changed Carson City," September 12, 2012
- Date: September 6, 2011
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: Norinco MAK 90 (Illegally modified to be fully automatic)
- Number of Magazines: 3
- Maximum Capacity of Largest Magazine: 2x 30, 1x Unknown (likely 30)
- Number of Shots Fired: 60+
- Did Offender Reload: Yes
- Time from Start to End: 1 minute 25 seconds
- How Guns were Acquired: Unknown
- Number Killed: 4 (5 including shooter)
- Number Wounded: 14
  ◦ Notes: Shooter had been diagnosed with paranoid schizophrenia at age 18 and had used medication. The toxicology reports show no medication in his system.
- *The Los Angeles Times* "Prosecutors Seek Death Penalty in Salon Shooting Case," October 15, 2011, *The Press Telegram* "DA to Seek Death Penalty for Alleged Seal Beach Shooter," October 14, 2011
- Date: October 14, 2011
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: Springfield 9mm semi-automatic handgun, Heckler and Koch .45 caliber handgun, Smith and Wesson .44 Magnum
- Number of Magazines: 5+ (Reports say he had "extra magazines")
- Maximum Capacity of Largest Magazine: Unknown
- Number of Shots Fired: Unknown

- Did Offender Reload: Yes
- Time from Start to End: 2 minutes
- How Guns were Acquired: Legally purchased and registered
- Number Killed: 8
- Number Wounded: 1
  - Notes: Upset over a custody battle, the father executed his ex-wife and several employees at a salon. It is unclear how many magazines he had at the time or their capacities. It is also unclear how many shots were fired.

## Mass Shootings in 2012

- *Reuters* "Accused Gunman in Oakland Shooting Unfit for Trial: Judge," January 7, 2013, *The San Jose Mercury News* "California's Tough Gun Laws Could Not Prevent East Oakland Tragedy," April 5, 2012
- Date: April 2, 2012
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: Unknown .45 caliber handgun
- Number of Magazines: 4
- Maximum Capacity of Largest Magazine: Unknown (News sources described them as "fully loaded")
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: Minutes (Shooter was apprehended 2 hours later)
- How Guns were Acquired: Legally purchased (Police are still confirming the gun they found that has a matching serial number to the one purchased by the shooter was used in the murders)
- Numbers Killed: 7
- Number Wounded: 3
  - Notes: The *San Jose Mercury News* states that the magazines were 8 round magazines. California law prohibits magazines larger than 10 rounds. The shooter has been diagnosed as paranoid schizophrenic and is currently unfit to stand trial.
- *The Denver Post* "12 Shot Dead, 58 Wounded in Aurora Movie Theater During Batman Premier," July 21, 2012, *ABC Channel 7 News* "Aurora, Colo Theater Shooting Timeline, Facts," July 26, 2012
- Date: July 20, 2012
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: Remington tactical shotgun, Smith and Wesson M&P semi-

automatic rifle, Glock .40 caliber semi-automatic handgun
- Number of Magazines: Unknown
- Maximum Capacity of Largest Magazine: 1 x 100 round magazine, which jammed; others unclear
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: ~6 minutes
- How Guns were Acquired: Purchased legally
- Numbers Killed: 12
- Number Wounded: 58
  ◦ Notes: Some information has not been released or determined yet. While the shooter had purchased 6,295 rounds (2,600 for the Glocks, 375 for the Remington, and 3,370 for the Smith and Wesson) it is unknown how many were with the shooter at the time, how many magazines were with him, and how many shots were fired.
- *The Los Angeles Times* "Sikh Temple Shooting: Gun Shop Owner Says Wade Page Seemed Normal," August 8, 2012; "7 Shot Dead at Sikh Temple," August 6, 2012.
- Date: August 5, 2012
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: Springfield Armory XDM 9mm semi-automatic handgun
- Number of Magazines: 3
- Maximum Capacity of Largest Magazine: 19
- Number of Shots Fired: 19+ (50-60 according to one witness)
- Did Offender Reload: Yes
- Time from Start to End: Unknown
- How Guns were Acquired: Purchased legally
- Numbers Killed: 6 (7 including shooter)
- Number Wounded: 3
  ◦ Notes: The final FBI report has not been released yet. Several news outlets describe "several empty clips" but there is no evidence suggesting how many, how large or how many rounds were fired.

*Associated Press, Minnesota state wire 9-29-12*

Date: 9-27-12

Shooters: 1

Number of Guns in Shooter's Immediate Possession: 1

Types of Guns Used: Glock 9 mm semiautomatic pistol

Number of Magazines: Unknown

Maximum Capacity of Largest Magazine: Unknown

Number of shots fired: At least 46
Did Offender Reload: Yes
Time from Start to End:
How gun was acquired: Legally purchased at gun store a year earlier
Number killed: 6
Number wounded: 2

- *The New York Times* "Children were All Shot Multiple Times with a Semiautomatic, Officials Say," December 15, 2012; *CNN* "Newton Shooting Details Revealed in Newly Released Documents," March 29, 2013; Office of the State's Attorney, Judicial District o Danbury, *Report of the State's Attorney for the Judicial District of Danbury on the Shootings at Sandy Hook Elementary School and 36 Yogananda Street. Newtown, Connecticut on December 14, 2012*, available online at http://www.thecrimereport.org/news/inside-criminal-justice/2013-11-report-newtown-massacre-was-over-in-minutes
- Date: December 14, 2012
- Location: Newtown, CT
- Shooters: 1
- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: Bushmaster XM15-E2S.223 caliber semi-automatic rifle, Glock 20 10 mm semi-automatic pistol, Sig Sauer P226 9 mm semi-automatic pistol (not used in shootings)
- Number of Magazines: 12+
- Maximum Capacity of Largest Magazine: 10 x 30 round, 2+ others of unknown
- Number of Shots Fired: 154+
- Did Offender Reload: Yes
- Time from Start to End: c. 4 Minutes
- How Guns were Acquired: Stolen from mother
- Numbers Killed: 26 (27 including shooter's mother, 28 including shooter)
- Number Wounded: 2
  ○ Notes: The shooter seemed to have used mostly the Bushmaster, and 154 casings for it were found. That is the minimum number of shots fired. (Considering he shot himself with the Glock, 155 would be the minimum) Of the 30 round magazines, 3 were found completely full, three were completely empty, and the others had 10, 11 or 13 rounds left in them.

**Mass Shootings in 2013 (January 1 through July 31) - None**
   (A Santa Monica shooting on 6-7-13 was a spree shooting, not a mass shooting – killer shot 9 people in 3 different locations.)

CURRICULUM VITAE

GARY KLECK

(Updated April 15, 2013)

PERSONAL

Address:                  College of Criminology and Criminal Justice

306 Hecht House

The Florida State University

Tallahassee, Florida 32306-1127

Telephone Numbers:    Office:          (850) 644-7651

Office FAX:(850) 644-9614

e-mail Address:        gkleck@fsu.edu


CURRENT POSITION

David J. Bordua Professor of Criminology, Florida State University


COURTESY APPOINTMENT

Professor, College of Law, Florida State University


PROFESSIONAL MEMBERSHIPS

American Society of Criminology

Academy of Criminal Justice Sciences


EDUCATION

A.B.        1973 - University of Illinois, with High Honors and with Distinction in
                Sociology

A.M.        1975 - University of Illinois at Urbana, in Sociology

Ph.D.        1979 - University of Illinois at Urbana, in Sociology

ACADEMIC HONORS

National Merit Scholar, 1969

Freshman James Scholar, University of Illinois, 1969

Graduated from University of Illinois with High Honors and with Distinction in Sociology, 1973

University of Illinois Foundation Fellowship in Sociology, 1975-76

1993 Winner of the Michael J. Hindelang Award of the American Society of Criminology, for the book that made "the most outstanding contribution to criminology" (for <u>Point Blank: Guns and Violence in America</u>).

TEACHING POSITIONS

Fall, 1991 to present. Professor, College of Criminology and Criminal Justice, Florida State University

Fall, 1984 to Spring, 1991. Associate Professor, School of Criminology, Florida State University.

Fall, 1979 to Spring, 1984,. Assistant Professor, School of Criminology,        Florida State University.

Fall, 1978 to Spring, 1979. Instructor, School of Criminology, Florida State University.

COURSES TAUGHT

Criminology, Applied Statistics, Regression, Introduction to Research Methods, Law Enforcement, Research Methods in Criminology, Guns and Violence, Violence Theory Seminar, Crime Control, Assessing Evidence, Survey Research, Research Design and Causal Inference.

DISSERTATION

<u>Homicide, Capital Punishment, and Gun Ownership: An Aggregate Analysis of U.S. Homicide Trends from 1947 to 1976</u>. Department of Sociology, University of Illinois,

Urbana. 1979.

PUBLICATIONS (sole author unless otherwise noted)

BOOKS

1991, 2005 <u>Point Blank: Guns and Violence in America</u>. Hawthorne, N.Y.: Aldine de Gruyter. Winner of the 1993 Michael J. Hindelang award of the American Society of Criminology. Republished in 2005 in paperback by Transaction Publishers. Reviewed in <u>Contemporary Sociology</u>, <u>American Journal of Sociology</u>, <u>Social Forces</u>, <u>Journal of Criminal Law and Criminology</u>, <u>The Criminologist</u>, <u>The Public Interest</u>, <u>Criminal Law Forum</u>, <u>Social Science Review</u>, <u>Criminal Justice Abstracts</u>, <u>Crime, Criminal Justice and Law Enforcement</u>, <u>Newsletter of Public Policy Currents</u>, <u>Commonweal</u>, <u>Choice</u>, and others.

1997 <u>Targeting Guns: Firearms and their Control</u>. Hawthorne, N.Y.: Aldine de Gruyter.

1997 <u>The Great American Gun Debate: Essays on Firearms and Violence</u> (with Don B. Kates, Jr.). San Francisco: Pacific Research Institute for Public Policy.

2001 (with Don B. Kates) <u>Armed: New Perspectives on Gun Control</u>. N.Y.: Prometheus Books. Selected to <u>Choice: Current Reviews for Academic Libraries</u>' 39th annual "Outstanding Academic Title List," awarded for "excellence in scholarship and presentation, the significance of their contribution to their field, and their value as an important treatment of their topic." Awarded to less than one percent of books.

RESEARCH MONOGRAPH

1979 Bordua, David J., Alan J. Lizotte, and Gary Kleck. <u>Patterns of Firearms Ownership, Use and Regulation in Illinois</u>. A Report to the Illinois Law Enforcement Commission, Springfield, Illinois.

ARTICLES IN PEER-REVIEWED JOURNALS

1979 "Capital punishment, gun ownership, and homicide." <u>American Journal of Sociology</u> 84(4):882-910.

1981 "Racial discrimination in criminal sentencing: A critical evaluation of the evidence with additional evidence on the death penalty." <u>American Sociological Review</u> 46(6):783-804.

1982 "On the use of self-report data to determine the class distribution of criminal

behavior." <u>American Sociological Review</u> 47(3):427-33.

1983 (with David Bordua) "The factual foundation for certain key assumptions of gun control." <u>Law and Policy Quarterly</u> 5(3):271-298.

1985 "Life support for ailing hypotheses: modes of summarizing the evidence on racial discrimination in criminal sentencing." <u>Law and Human Behavior</u> 9(3):271-285.

1985 "Policy lessons from recent gun control research." <u>Law and Contemporary Problems</u> 49(1):35-62.

1986 "Evidence that 'Saturday Night Specials' not very important for crime." <u>Sociology and Social Research</u> 70(4):303-307.

1987 "Americans' foreign wars and the legitimation of domestic violence." <u>Sociological Inquiry</u> 57(3):237-250.

1988 "Crime control through the private use of armed force." <u>Social Problems</u> 35(1):1-21.

1988 "Miscounting suicides." <u>Suicide and Life-Threatening Behavior</u> 18(3):219-236.

1990 (with Susan Sayles) "Rape and resistance." <u>Social Problems</u> 37(2):149-162.

1991 (with Karen McElrath) "The effects of weaponry on human violence." <u>Social Forces</u> 69(3):669-92.

1993 (with Miriam DeLone) "Victim resistance and offender weapon effects in robbery." <u>Journal of Quantitative Criminology</u> 9(1):55-82.

1993 (with E. Britt Patterson) "The impact of gun control and gun ownership levels on violence rates." <u>Journal of Quantitative Criminology</u> 9(3):249-287.

1993 "Bad data and the 'Evil Empire': interpreting poll data on gun control." <u>Violence and Victims</u> 8(4):367-376.

1995 "Guns and violence: an interpretive review of the field." <u>Social Pathology</u> 1(1):12-47.

1995 "Using speculation to meet evidence." <u>Journal of Quantitative Criminology</u> 11(4):411-424.

1995 (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-defense with a gun." <u>Journal of Criminal Law & Criminology</u> 86(1):150-187.

DECLARATION OF GARY KLECK

1996  "Crime, culture conflict and sources of support for gun control: a multi-level application of the General Social Surveys." <u>American Behavioral Scientist</u> 39 (4):387-404.

1996  (with Chester Britt III and David J. Bordua) "A reassessment of the D.C. gun law: some cautionary notes on the use of interrupted time series designs for policy impact assessment." <u>Law & Society Review</u> 30(2):361-380.

1996  (with Chester Britt III and David J. Bordua) "Avoidance and misunderstanding." <u>Law & Society Review</u> 30(2):393-397.

1996  (with Tomislav Kovandzic and Marc Gertz) "Defensive gun use: vengeful vigilante imagery vs. reality: results from the National Self-Defense Survey." <u>Journal of Criminal Justice</u> 26(3):251-258.

1997   (with Marc Gertz) "The illegitimacy of one-sided speculation: getting the  defensive gun use estimate down." <u>Journal of Criminal Law and Criminology</u> 87(4):1446-1461.

1998  (with Marc Gertz) "Carrying guns for protection: results from the National Self-Defense Survey." <u>Journal of Research in Crime and Delinquency</u> 35(2):193-224.

1998  "What are the risks and benefits of keeping a gun in the home?" <u>Journal of the American Medical Association</u> 280(5):473-475.

1998  (with Charles Crawford and Ted Chiricos) "Race, racial threat, and sentencing of habitual offenders." <u>Criminology</u> 36(3):481-511.

1999  (with Michael Hogan) "A national case-control study of homicide offending and gun ownership." <u>Social Problems</u> 46(2):275-293.

1999  "BATF gun trace data and the role of organized gun trafficking in supplying guns to criminals."   <u>St. Louis University Public Law Review</u> 18(1):23-45.

2001   "Can owning a gun really triple the owner's chances of being murdered?" <u>Homicide Studies</u> 5:64-77.

2001  (with Theodore Chiricos) "Unemployment and property crime: a target-specific assessment of opportunity and motivation as mediating factors." <u>Criminology</u> 40(3):649-680.

2004 "Measures of gun ownership levels for macro-level crime and violence research." Journal of Research in Crime and Delinquency 41(1):3-36.

2004 (with Jongyeon Tark) "Resisting crime: the effects of victim action on the outcomes of crimes." Criminology 42(4):861-909.

2005 (with Brion Sever, Spencer Li, and Marc Gertz) "The missing link in general deterrence research." Criminology 43(3):623-660.

2006 (with Jongyeon Tark and Jon J. Bellows) "What methods are most frequently used in research in criminology and criminal justice?" Journal of Criminal Justice 34(2):147-152.

2007 "Are police officers more likely to kill African-American suspects?" Psychological Reports 100(1):31-34.

2007 (with Shun-Yung Wang and Jongyeon Tark) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2000-2005." Journal of Criminal Justice Education 18(3):385-405.

2008 (with Jongyeon Tark, Laura Bedard, and Dominique Roe-Sepowitz) "Crime victimization and divorce." International Review of Victimology 15(1):1-17.

2009 "The worst possible case for gun control: mass shootings in schools." American Behavioral Scientist 52(10):1447-1464.

2009 (with Shun-Yung Wang) "The myth of big-time gun trafficking and the overinterpretation of gun tracing data." UCLA Law Review 56(5):1233-1294.

2009 (with Tomislav Kovandzic) "City-level characteristics and individual handgun ownership: effects of collective security and homicide." Journal of Contemporary Criminal Justice 25(1):45-66.

2009 (with Marc Gertz and Jason Bratton) "Why do people support gun control?" Journal of Criminal Justice 37(5):496-504.

2011 (with James C. Barnes) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2005-2009." Journal of Criminal Justice Education 22(1):43-66.

2011 (with Tomislav Kovandzic, Mark Saber, and Will Hauser). "The effect of perceived

DECLARATION OF GARY KLECK

risk and victimization on plans to purchase a gun for self-protection." <u>Journal of Criminal Justice</u> 39(4):312-319.

2013   (with Will Hauser) "Guns and fear: a one-way street?" <u>Crime and Delinquency</u> 59:271-291.

2013   "Gun control after Heller and McDonald: what cannot be done and what ought to be done." <u>Fordham Urban Law Journal</u> 39(5):1383-1420.

2013   (with James C. Barnes) "Deterrence and macro-level perceptions of punishment risks: is there a "collective wisdom?" <u>Crime and Delinquency</u> 59(2): (forthcoming, c. September 2013).

2013   (with Tomislav Kovandzic and Mark Schaffer) "Estimating the causal effect of gun prevalence on homicide rates: A local average treatment effect approach." <u>Journal of Quantitative Criminology</u> 28(4): (forthcoming c. September 2013).

2014   (with Jongyeon Tark) "Resisting rape: the effects of victim self-protection on rape completion and injury." <u>Violence Against Women</u> 23(3): (forthcoming March 2014).

2014   (with James C. Barnes) "Do more police generate more crime deterrence?" <u>Crime and Delinquency</u> 59(4): (forthcoming c. January 2014).

OTHER PUBLISHED ARTICLES

1992   "Assault weapons aren't the problem." <u>New York Times</u> September 1, 1992, p. A15. Invited Op-Ed page article.

1993   "The incidence of violence among young people." <u>The Public Perspective</u> 4:3-6. Invited article.

1994   "Guns and self-protection." <u>Journal of the Medical Association of Georgia</u> 83:42. Invited editorial.

1996   "Using speculation to meet evidence: reply to Alba and Messner." <u>Journal on Firearms and Public Policy</u> 9:13-49.

1998   "Has the gun deterrence hypothesis been discredited?" <u>Journal on Firearms and Public Policy</u> 10:65-75.

1999   "There are no lessons to be learned from Littleton." <u>Criminal Justice Ethics</u> 18(1):2,

61-63. Invited commentary.

1999 "Risks and benefits of gun ownership - reply." <u>Journal of the American Medical Association</u> 282(2):136-136.

1999 "The misfire that wounded Colt's." <u>New York Times</u> October 23, 1999. Invited Op-Ed page article.

1999 "Degrading scientific standards to get the defensive gun use estimate down." <u>Journal on Firearms and Public Policy</u> 11:77-137.

2000 "Guns aren't ready to be smart." <u>New York Times</u> March 11, 2000. Invited Op-Ed page article.

2000 (with Chester Britt III and David J. Bordua) "The emperor has no clothes: Using interrupted time series designs to evaluate social policy impact." <u>Journal on Firearms and Public Policy</u> 12:197-247.

2001 "School lesson: armed self-defense works." <u>Wall Street Journal</u> March 27, 2001. Invited opinion article.

2001 "Impossible policy evaluations and impossible conclusions: a comment on Koper and Roth." <u>Journal of Quantitative Criminology</u> 17(1):75-80.

2001 "Absolutist politics in a moderate package: prohibitionist intentions of the gun control movement." <u>Journal on Firearms and Public Policy</u> 13:1-43.

2002 "Research agenda on guns, violence, and gun control." <u>Journal on Firearms and Public Policy</u> 14:51-72.

2006 "Off target." <u>New York Sun</u> January 5, 2006. Invited opinion article.

2009 "How not to study the effect of gun levels on violence rates." <u>Journal on Firearms and Public Policy</u> 21:65-93.

2011 "Mass killings aren't the real gun problem --- how to tailor gun-control measures to common crimes, not aberrant catastrophes." <u>Wall Street Journal</u>  January 15, 2011. Invited opinion article.

2011 "The myth of big-time gun trafficking." <u>Wall Street Journal</u> May 21, 2011. Invited opinion article.

BOOK CHAPTERS

1984 (with David Bordua) "The assumptions of gun control." Pp. 23-48 in Don B. Kates, Jr. (ed.) <u>Firearms and Violence: Issues of Regulation</u>. Cambridge, Mass.: Ballinger. (Also appeared in <u>Federal Regulation of Firearms</u>, report prepared by the Congressional Research Service, Library of Congress, for the Committee on the Judiciary, United States Senate, 1982).

1984 "The relationship between gun ownership levels and rates of violence in the U.S." Pp. 99-135 in Kates, above.

1984 "Handgun-only gun control: a policy disaster in the making." Pp. 167-199 in Kates, above.

1996 "Racial discrimination in criminal sentencing." Pp. 339-344 in <u>Crime and Society</u>, Volume III – Readings: Criminal Justice, edited by George Bridges, Robert D. Crutchfield, and Joseph G. Weis. Thousand Oaks, Calif.: Pine Forge Press.

1996 "Gun buy-back programs: nothing succeeds like failure." Pp. 29-53 in <u>Under Fire: Gun Buy-Backs, Exchanges and Amnesty Programs</u>, edited by Martha R. Plotkin. Washington, D.C.: Police Executive Research Forum.

2000 "Firearms and crime." Pp. 230-234 in the <u>Encyclopedia of Criminology and Deviant Behavior</u>, edited by Clifton D. Bryant. Philadelphia: Taylor & Francis, Inc.

2001 (with Leroy Gould and Marc Gertz) "Crime as social interaction." Pp. 101-114 in <u>What is Crime?: Controversy over the Nature of Crime and What to Do About It</u>, edited by Stuart Henry and Mark M. Lanier. Lanham, Md.: Rowman and Littlefield.

2003 "Constricted rationality and the limits of general deterrence." Chapter 13 in <u>Punishment and Social Control: Enlarged Second Edition</u>, edited by Thomas G. Blomberg. New York: Aldine de Gruyter.

2003 "The great American gun debate: what research has to say." Pp. 470-487 in <u>The Criminal Justice System: Politics and Policies</u>, 9th edition, edited by George F. Cole, Marc Gertz, and Amy Bunger. Belmont, CA: Wadsworth-Thomson.

2008 "Gun control." Article in <u>The Encyclopedia of Social Problems</u>, edited by Vincent N. Parrillo. Thousand Oaks, CA: Sage.

2009 "Guns and crime." Invited chapter. Pp. 85-92 in <u>21st Century Criminology: A</u>

Reference Handbook, edited by J. Mitchell Miller. Thousand Oaks, CA: Sage.

2012   Kovandzic, Tomislav, Mark E. Schaffer, and Gary Kleck. "Gun prevalence, homicide rates and causality: A GMM approach to endogeneity bias." Chapter   6, pp. 76-92 in The Sage Handbook of Criminological Research Methods, edited by David Gadd, Susanne Karstedt, and Steven F. Messner. Thousand Oaks, CA: Sage.

2012   (with Kelly Roberts) "What survey modes are most effective in eliciting self-reports of criminal or delinquent behavior?" Chapter in Handbook of  Survey Methodology, edited by Lior Gideon. NY: Springer.

2013   "Deterrence: actual vs. perceived risk of punishment. Article in Encyclopedia of Criminology and Criminal Justice. Berlin: Springer Verlag.

2013   "An overview of gun control policy in the United States." Pp. 562-579 in The Criminal Justice System, 10th edition, Edited by George F. Cole and Marc G. Gertz. Wadsworth.

BOOK REVIEWS

1978   Review of Murder in Space City: A Cultural Analysis of Houston Homicide Patterns, by Henry Lundsgaarde. Contemporary Sociology 7:291-293.

1984   Review of Under the Gun, by James Wright et al. Contemporary Sociology 13:294-296.

1984   Review of Social Control, ed. by Jack Gibbs. Social Forces 63: 579-581.

1987   Review of Armed and Considered Dangerous, by James Wright and Peter Rossi, Social Forces 66:1139-1140.

1987   Review of Sociological Justice, by Donald Black, Contemporary Sociology 19:261-3.

1988   Review of The Citizen's Guide to Gun Control, by Franklin Zimring and Gordon Hawkins, Contemporary Sociology 17:363-364.

1991   Review of Equal Justice and the Death Penalty, by David C. Baldus, George G. Woodworth, and Charles A. Pulaski, Jr. Contemporary Sociology 20:598-9.

1999   Review of Crime is Not the Problem, by Franklin E. Zimring and Gordon Hawkins. American Journal of Sociology 104(5):1543-1544.

2001   Review of <u>Gun Violence: the Real Costs</u>, by Philip J. Cook and Jens Ludwig. <u>Criminal Law Bulletin</u> 37(5):544-547.

2010   Review of <u>Homicide and Gun Control: The Brady Handgun Violence Prevention Act and Homicide Rates</u>, by J. D. Monroe. <u>Criminal Justice Review</u> 35(1):118-120.

LETTERS PUBLISHED IN SCHOLARLY JOURNALS

1987   "Accidental firearm fatalities." <u>American Journal of Public Health</u> 77:513.

1991   "Suicide in the home in relation to gun ownership." <u>The New England Journal of Medicine</u> 327:1878.

1991   "Gun ownership and crime." <u>Canadian Medical Association Journal</u> 149:1773-1774.

1999   "Risks and benefits of gun ownership." <u>Journal of the American Medical Association</u> 282:136.

1999   (with Thomas Marvell) "Impact of the Brady Act on homicide and suicide rates." <u>Journal of the American Medical Association</u> 284:2718-2719.

2001   "Violence, drugs, guns (and Switzerland)." <u>Scientific American</u> 284(2):12.

2002   "Doubts about undercounts of gun accident deaths." <u>Injury Prevention Online</u> (September 19, 2002). Published online at http://ip.bmjjournals.com/cgi/eletters /8/3/252.

2005   "Firearms, violence, and self-protection." <u>Science</u> 309:1674. September 9, 2005.

UNPUBLISHED REPORT

1987   <u>Violence, Fear, and Guns at Florida State University: A Report to the President's Committee on Student Safety and Welfare</u>. Reports results of campus crime victimization survey and review of campus police statistics on gun violence (32 pages).

RESEARCH FUNDING

1991   "The Impact of Drug Enforcement on Urban Drug Use Levels and Crime Rates." $9,500 awarded by the U.S. Sentencing Commission.

1996  "Testing a Fundamental Assumption of Deterrence-Based Crime Control Policy." $80,590 awarded by the Charles E. Culpeper Foundation to study the link between actual and perceived punishment levels.

PRESENTED PAPERS

1976  "Firearms, homicide, and the death penalty: a simultaneous equations analysis." Presented at the annual meetings of the Illinois Sociological Association, Chicago.

1979  "The assumptions of gun control." Presented at the Annual Meetings of the American Sociological Association, New York City.

1980  "Handgun-only gun control: A policy disaster in the making." Presented at the Annual Meetings of the American Society of Criminology, Washington, D.C.

1980  "Life support for ailing hypotheses: Modes of summarizing the evidence on racial discrimination." Presented at the Annual Meetings of the American Society of Criminology, Toronto.

1984  "Policy lessons from recent gun control research." Presented at the Duke University Law School Conference on Gun Control.

1985  "Policy lessons from recent gun control research." Presented at the Annual Meetings of the American Society of Criminology, San Diego.

1986  "Miscounting suicides." Presented at the Annual Meetings of the American Sociological Association, Chicago.

1987  (with Theodore G. Chiricos, Michael Hays, and Laura Myers) "Unemployment and crime: a comparison of motivation and opportunity effects." Annual meetings of the American Society of Criminology, Montreal.

1988  "Suicide, guns and gun control." Presented at the Annual Meetings of the Popular Culture Association, New Orleans.

1988  (with Susan Sayles) "Rape and resistance."   Presented at the Annual Meetings of the American Society of Criminology, Chicago, Ill.

1989  (with Karen McElrath) "The impact of weaponry on human violence." Presented at the Annual Meetings of the American Sociological Association, San Francisco.

1989   (with Britt Patterson) "The impact of gun control and gun ownership levels on city violence rates." Presented at the Annual Meetings of the American Society of Criminology, Reno.

1990   "Guns and violence: a summary of the field." Presented at the Annual Meetings of the American Political Science Association, Washington, D.C.

1991   "Interrupted time series designs: time for a re-evaluation." Presented at the Annual Meetings of the American Society of Criminology, New Orleans.

1993   (with Chester Britt III and David J. Bordua) "The emperor has no clothes: Using interrupted time series designs to evaluate social policy impact." Presented at the Annual Meetings of the American Society of Criminology, Phoenix.

1992   "Crime, culture conflict and support for gun laws: a multi-level application of the General Social Surveys." Presented at the Annual Meetings of the American Society of Criminology, Phoenix.

1994   (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-defense with a gun." Presented at the Annual Meetings of the American Society of Criminology, Miami.

1995   (with Tom Jordan) "The impact of drug enforcement and penalty levels on urban drug use levels and crime rates." Presented at the Annual Meetings of the American Society of Criminology, Boston.

1996   (with Michael Hogan) "A national case-control study of homicide offending and gun ownership." Presented at the Annual Meetings of the American Society of Criminology, Chicago.

1997   "Evaluating the Brady Act and increasing the utility of BATF tracing data." Presented at the annual meetings of the Homicide Research Working Group, Shepherdstown, West Virginia.

1997   "Crime, collective security, and gun ownership: a multi-level application of the General Social Surveys." Presented at the Annual Meetings of the American Society of Criminology, San Diego.

1998   (with Brion Sever and Marc Gertz) "Testing a fundamental assumption of deterrence-based crime control policy." Presented at the Annual Meetings of the American

Society of Criminology, Washington, D.C.

1998  "Measuring macro-level gun ownership levels." Presented at the Annual Meetings of the American Society of Criminology, Washington, D.C.

1999  "Can owning a gun really triple the owner's chances of being murdered?" Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2000  "Absolutist politics in a moderate package: prohibitionist intentions of the gun control movement." Presented at the Annual Meetings of the American Society of Criminology, San Francisco.

2001  (with Tomislav V. Kovandzic) "The impact of gun laws and gun levels on crime rates." Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2001  "Measures of gun ownership levels for macro-level violence research." Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2001  "The effects of gun ownership levels and gun control laws on urban crime rates." Presented at the Annual Meetings of the American Society of Criminology, Chicago.

2003  (with Tomislav V. Kovandzic) "The effect of gun levels on violence rates depends on who has them." Presented at the Annual Meetings of the American Society of Criminology, Denver.

2003  (with KyuBeom Choi) "Filling in the gap in the causal link of deterrence." Presented at the Annual Meetings of the American Society of Criminology, Denver.

2004  (with Tomislav Kovandzic) "Do violent crime rates and police strength levels in the community influence whether individuals own guns?" Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2004  (with Jongyeon Tark) "Resisting crime: the effects of victim action on the outcomes of crime." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2004  (with Jongyeon Tark) "The impact of self-protection on rape completion and injury." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

DECLARATION OF GARY KLECK

2004 (with Kyubeom Choi) "The perceptual gap phenomenon and deterrence as psychological coercion." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2005 (with Jongyeon Tark) "Who resists crime?" Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2005 (with Jongyeon Tark and Laura Bedard) "Crime and marriage." Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2006 (with Shun-Yang Kevin Wang)"Organized gun trafficking, 'crime guns,' and crime rates." Presented at the Annual Meetings of the American Society of Criminology, Los Angeles.

2006 "Are police officers more likely to kill black suspects?" Presented at the Annual Meetings of the American Society of Criminology, Los Angeles.

2007 (with Shun-Yang Kevin Wang) "The myth of big-time gun trafficking. "Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2007 (with Marc Gertz and Jason Bratton) "Why do people support gun control?" Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2008 (with J.C. Barnes) "Deterrence and macro-level perceptions of punishment risks: Is there a "collective wisdom?" Presented at the Annual Meetings of the American Society of Criminology, St. Louis.

2009 "The myth of big-time gun trafficking." Presented at <u>UCLA Law Review</u> Symposium, "The Second Amendment and the Right to Bear Arms After DC v. Heller." January 23, 2009, Los Angeles.

2009 (with Shun-Yung Wang) "Employment and crime and delinquency of working youth: A longitudinal study of youth employment." Presented at the Annual Meetings of the American Society of Criminology, November 6, 2009, Philadelphia, PA.

2009 (with J. C. Barnes) "Do more police generate more deterrence?" Presented at the Annual Meetings of the American Society of Criminology, November 4, 2009, Philadelphia, PA.

2010 (with J. C. Barnes) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2005-2009." Presented at the annual Meetings of

the American Society of Criminology, November 18, 2010, San Francisco, CA.

2010 (with Will Hauser) "Fear of crime and gun ownership." Presented at the annual Meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

2010 "Errors in survey estimates of defensive gun use frequency: results from national Internet survey experiments." Presented at the annual Meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2010 (with Mark Faber and Tomislav Kovandzic) "Perceived risk, criminal victimization, and prospective gun ownership." Presented at the annual Meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2011 (with Shun-young Wang) "The impact of job quality and career commitment on delinquency: conditional or universal?" Presented at the annual Meetings of the American Society of Criminology, November 17, 2011.

2011 (with Moonki Hong) "The short-term deterrent effect of executions on homicides in the United States, 1984-1998." Presented at the annual Meetings of the American Society of Criminology, November 16, 2011.

2011 (with Kelly Roberts) "Which survey modes are most effective in getting people to admit illegal behaviors?" Presented at the annual Meetings of the American Society of Criminology, November 17, 2011.

2011 (with Will Hauser) "Pick on someone your own size: do health, fitness, and size influence victim selection?" Presented at the annual Meetings of the American Society of Criminology, November 18, 2011.

2011 (with Tomislav Kovandzic) "Is the macro-level crime/punishment association spurious?" Presented at the annual Meetings of the American Society of Criminology, November 18, 2011.

2012 (with Dylan Jackson) "Adult unemployment and serious property crime: a national case-control study." Presented at the annual Meetings of the American Society of Criminology, November 15, 2012.

CHAIR

1983 Chair, session on Race and Crime. Annual meetings of the American Society of

Criminology, Denver.

1989    Co-chair (with Merry Morash), roundtable session on problems in analyzing the National Crime Surveys. Annual meetings of the American Society of Criminology, Reno.

1993    Chair, session on Interrupted Time Series Designs. Annual meetings of the American Society of Criminology, New Orleans.

1993    Chair, session on Guns, Gun Control, and Violence. Annual meetings of the American Society of Criminology, Phoenix.

1994    Chair, session on International Drug Enforcement. Annual meetings of the American Society of Criminology, Boston.

1999    Chair, Author-Meets-Critics session, More Guns, Less Crime. Annual meetings of the American Society of Criminology, Toronto.

2000    Chair, session on Defensive Weapon and Gun Use. Annual Meetings of the American Society of Criminology, San Francisco.

2002    Chair, session on the Causes of Gun Crime. Annual meetings of the American Society of Criminology, Chicago.

2004    Chair, session on Protecting the Victim. Annual meetings of the American Society of Criminology, Nashville.


DISCUSSANT

1981    Session on Gun Control Legislation, Annual Meetings of the American Society of Criminology, Washington, D.C.

1984    Session on Criminal Sentencing, Annual Meetings of the American Society of Criminology, Cincinnati.

1986    Session on Sentencing, Annual Meetings of the American Society of Criminology, Atlanta.

1988    Session on Gun Ownership and Self-protection, Annual Meetings of the Popular Culture Association, Montreal.

1991   Session on Gun Control, Annual Meetings of the American Statistical Association, Atlanta, Ga.

1995   Session on International Drug Enforcement, Annual Meetings of the American Society of Criminology, Boston.

2000   Session on Defensive Weapon and Gun Use, Annual Meetings of the American Society of Criminology, San Francisco.

2004   Author-Meets-Critic session on Guns, Violence, and Identity Among African-American and Latino Youth, by Deanna Wilkinson. Annual meetings of the American Society of Criminology, Nashville.

2007   Session on Deterrence and Perceptions, University of Maryland 2007 Crime & Population Dynamics Summer Workshop, Aspen Wye River Center, Queenstown. MD, June 4, 2007.

2009   Session on Guns and Crime, at the DeVoe Moore Center Symposium On The Economics of Crime, March 26-28, 2009.

2012   Panel discussion of news media coverage of high profile crimes. Held at the Florida Supreme Court On September 24-25, 2012, sponsored by the Florida Bar Association as part of their 2012 Reporters' Workshop.

PROFESSIONAL SERVICE

Editorial consultant -

American Sociological Review

American Journal of Sociology

Social Forces

Social Problems

Law and Society Review

Journal of Research in Crime and Delinquency

Social Science Research

Criminology

Journal of Quantitative Criminology

Justice Quarterly

Journal of Criminal Justice

Violence and Victims

Violence Against Women

Journal of the American Medical Association

New England Journal of Medicine

American Journal of Public Health

Journal of Homicide Studies

Grants consultant, National Science Foundation, Sociology Program.

Member, Gene LeCarte Student Paper Committee, American Society of Criminology, 1990.

Area Chair, Methods Area, American Society of Criminology, annual meetings in Miami, November, 1994.

Division Chair, Guns Division, American Society of Criminology, annual meetings in Washington, D.C., November, 1998.

Dissertation evaluator, University of Capetown, Union of South Africa, 1998.

Division Chair, Guns Division, American Society of Criminology, annual meetings in Washington, D.C., November, 1999.

Member of Academy of Criminal Justice Sciences selection committee for Editor of Justice Quarterly, 2007.

UNIVERSITY SERVICE

Member, Master's Comprehensive Examination Committee, School of Criminology, 1979-1982.

Faculty Advisor, Lambda Alpha Epsilon (FSU chapter of American Criminal Justice Association), 1980-1988.

Faculty Senate Member, 1984-1992.

Carried out campus crime survey for President's Committee on Student Safety and Welfare,

1986.

Member, Strategic Planning and Budgeting Review Committee for Institute for Science and Public Affairs, and Departments of Physics and Economics, 1986.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology, Summer, 1986.

Member, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology, Summer, 1986 to present.

Chair, Committee on Graduate Assistantships, School of Criminology, Spring, 1987.

Chair, Ad Hoc Committee on Computers, School of Criminology, Fall, 1987.

Member, Recruitment Committee, School of Criminology, Spring, 1988; Spring, 1989; and 1989-90 academic year.

Member, Faculty Senate Committee on Computer-Related Curriculum, Spring, 1988 to Fall, 1989.

Chair, Ad Hoc Committee on Merit Salary Distribution, School of Criminology, Spring, 1988.

Chair, Ad Hoc Committee on Enrollment Strains, Spring, 1989.

Member, Graduate Handbook Committee, School of Criminology, Spring, 1990.

Member, Internal Advisement Committee, School of Criminology Spring, 1990.

University Commencement Marshall, 1990 to 1993.

Member, School of Criminology and Criminal Justice Teaching Incentive Program award committee.

Chair, Faculty Recruitment Committee, School of Criminology and Criminal Justice, 1994-1995.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 1994-1995.

Member, University Computer and Information Resources Committee, 1995-1998.

Member, University Fellowship Committee, 1995 to present.

Member, University Library Committee, 1996 to 1999.

Chair, Electronic Access Subcommittee, University Library Committee, 1998 to 1999.

Member, Ad Hoc Committee on Merit Salary Increase Allocation, School of Criminology and Criminal Justice, 1998-1999.

Member, Academic Committee, School of Criminology and Criminal Justice, 2000-present.

Member, Recruiting Committee, School of Criminology and Criminal Justice, 2000-2001.

Member, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2000-present.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 2000-2002.

Chair, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2001-2002.

Faculty Adviser, School of Criminology and Criminal Justice Graduate Student Association, 2001-present.

Member, ad hoc committee on survey research, School of Criminology and Criminal Justice, 2002.

Coordinator of Parts 2 and 4 of the School of Criminology and Criminal Justice Unit Review, 2002.

Chair, Academic Committee, School of Criminology and Criminal Justice, 2002-2003.

Director, Honors Programs, School of Criminology and Criminal Justice, 2002-present.

Member,University Promotion and Tenure Committee, Fall, 2003 to present.

Member of University Graduate Policy Committee, Fall 2003 to present.

Chair, Promotion and Tenure Committee, College of Criminology and Criminal Justice,

2005-2006.

Director of Graduate Studies, School (later College) of Criminology and Criminal Justice, April 2004 to May 2011.

PUBLIC SERVICE
     Television, radio, newspaper, magazine, and Internet interviews concerning gun control, racial bias in sentencing, crime statistics, and the death penalty. Interviews and other kinds of news media contacts include Newsweek, Time, U.S. News and World Report, New York Times, Washington Post, Chicago Tribune, Los Angeles Times, USA Today, Boston Globe, Wall Street Journal, Kansas City Star, Philadelphia Inquirer, Philadelphia News, Atlanta Constitution, Atlanta Journal, Arizona Republican, San Antonio Express-News, Dallas Morning News, Miami Herald, Tampa Tribune, Jacksonville Times-Union, Womens' Day,    Harper's Bazaar, Playboy, CBS-TV (60 Minutes; Street Stories) ABC-TV (World News Tonight; Nightline), NBC-TV (Nightly News), Cable News Network, Canadian Broadcasting Company, National Public Radio,  Huffington Post, PolitiFact.com, and many others.

Resource person, Subcommittee on Crime and Justice, (Florida House) Speaker's Advisory Committee on the Future, February 6-7, 1986, Florida State Capitol.

Testimony before the U.S. Congress, House Select Committee on Children, Youth and Families, June 15, 1989.

Discussant, National Research Council/National Academy of Sciences Symposium on the Understanding and Control of Violent Behavior, April 1-4, 1990, Destin, Florida.

Colloquium on manipulation of statistics relevant to public policy, Statistics Department, Florida State University, October, 1992.

Speech to faculty, students, and alumni at Silver Anniversary of Northeastern University College of Criminal Justice, May 15, 1993.

Speech to faculty and students at Department of Sociology, University of New Mexico, October, 1993.

Speech on the impact of gun control laws, annual meetings of the Justice Research and Statistics Association, October, 1993, Albuquerque, New Mexico.

Testimony before the Hawaii House Judiciary Committee, Honolulu, Hawaii, March 12,

1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia, March 18, 1994.

Delivered the annual Nettler Lecture at the University of Alberta, Edmonton, Canada, March 21, 1994.

Member, Drugs-Violence Task Force, U.S. Sentencing Commission, 1994-1996.

Testimony before the Pennsylvania Senate Select Committee to Investigate the Use of Automatic and Semiautomatic Firearms, Pittsburgh, Pennsylvania, August 16, 1994.

Delivered lectures in the annual Provost's Lecture Series, Bloomsburg University, Bloomsburg, Pa., September 19, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia, June 29, 1995.

Speech to personnel in research branches of crime-related State of Florida agencies, Research and Statistics Conference, sponsored by the Office of the State Courts Administrator, October 19, 1995.

Speech to the Third Annual Legislative Workshop, sponsored by the James Madison Institute and the Foundation for Florida's Future, February 5, 1998.

Speech at the Florida Department of Law Enforcement on the state's criminal justice research agenda, December, 1998.

Briefing on news media coverage of guns and violence issues, to the Criminal Justice Journalists organization, at the American Society of Criminology annual meetings in Washington, D.C., November 12, 1998.

Briefing on gun control strategies to the Rand Corporation conference on "Effective Strategies for Reducing Gun Violence," Santa Monica, Calif., January 21, 2000.

Speech on deterrence to the faculty of the Florida State University School of Law, February 10, 2000.

Invited address on links between guns and violence to the National Research Council Committee on Improving Research Information and Data on Firearms, November 15-16,

2001, Irvine, California.

Invited address on research on guns and self-defense to the National Research Council Committee on Improving Research Information and Data on Firearms, January 15-16, 2001, Washington, D.C.

Invited address on gun control, Northern Illinois University, April 19, 2002.

Invited address to the faculty of the School of Public Health, University of Alabama, Birmingham, 2004.

Invited address to the faculty of the School of Public Health, University of Pennsylvania, March 5, 2004.

Member of Justice Quarterly Editor Selection Committee, Academy of Criminal Justice Sciences, Spring 2007

Testified before the Gubernatorial Task Force for University Campus Safety, Tallahassee, Florida, May 3, 2007.

Gave public address, "Guns & Violence: Good Guys vs. Bad Guys," Western Carolina University, Cullowhee, North Carolina, March 5, 2012.

Invited panelist, Fordham Law School Symposium, "Gun Control and the Second Amendment," New York City, March 9, 2012.

Invited panelist, community forum on "Students, Safety & the Second Amendment," sponsored by the Tallahassee Democrat.

Invited address at University of West Florida, Department of Justice Studies, titled "Guns, Self-Defense, and the Public Interest," April 12, 2013.


OTHER ITEMS

Listed in:

       Marquis Who's Who, 2009

       Marquis Who's Who in the South and Southwest, 25th edition

       Who's Who of Emerging Leaders in America, 1st edition

Contemporary Authors

Directory of American Scholars, 10th edition, 2002

Writer's Directory, 20th edition, 2004.

Participant in First National Workshop on the National Crime Survey, College Park, Maryland, July, 1987, co-sponsored by the Bureau of Justice Statistics and the American Statistical Association.

Participant in Second National Workshop on the National Crime Survey, Washington, D.C., July, 1988.

Participant, Seton Hall Law School Conference on Gun Control, March 3, 1989.

Debater in Intelligence Squared program, on the proposition "Guns Reduce Crime." Rockefeller University, New York City, October 28, 2008. Podcast distributed through National Public Radio. Further details are available at http://www.intelligencesquaredus.org/Event.aspx?Event=36.

Subject of cover story, "America Armed," in <u>Florida State University Research in Review</u>, Winter/Spring 2009.

Grants reviewer, Social Sciences and Humanities Research Council of Canada, 2010.

**Expert Testimony**

Illinois Association of Firearms Retailers, et al, v. City of Chicago, et al. Deposed 10-28-11.

Heller et al. v. District of Columbia (remand of *Heller II*). Deposed 7-2-13.