C. D. Michel - S.B.N. 144258
Clinton B. Monfort - S.B.N. 255609
Sean A. Brady - S.B.N. 262007
Anna M. Barvir - S.B.N. 268728
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,<br><br>Plaintiffs<br><br>vs.<br><br>THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10,<br><br>Defendants. | CASE NO: CV13-05807 RMW<br><br>**DECLARATION OF CLINTON B. MONFORT IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

# DECLARATION OF CLINTON B. MONFORT

I, Clinton B. Monfort, declare as follows:

1. I am an attorney licensed to practice law before the Northern District of California. I am an associate attorney at the law firm Michel & Associates, P.C., attorneys of record for Plaintiffs in this action.

2. On or about December 19, 2013, our office contacted counsel for Defendants, Anthony P. Schoenberg, via telephone to meet and confer regarding Plaintiffs' intention to file a motion for preliminary injunction, requesting the court enjoin enforcement of Sunnyvale Municipal Code section 9.44.050, pending resolution of this case on the merits. Counsel for the parties then engaged in multiple discussions via telephone and e-mail concerning a briefing schedule for this motion. The parties have stipulated to a briefing schedule that Plaintiffs believe and are informed Defendants' counsel will be filing with the Court.

3. True and correct copies of pages 407-499 from *Gun Digest* 2013 (Jerry Lee ed., 67th ed. 2012) are attached as Exhibit "B." *Gun Digest* is a standard resource for gun dealers and buyers alike in obtaining a comprehensive overview of the firearms and related items available to retail buyers. Helsley Decl. ¶ 1.

4. True and correct copies of pages from various publications as well as pages from the current websites of various firearm manufacturers advertising firearms for self-defense purposes, and the specifications demonstrating these firearms have a magazine capacity exceeding ten rounds, are attached as Exhibit "C." See, Witness Protection, American Rifleman, Vol. 162, No. 1, 7, (January 2014) (firearm specifications available at: http://eaacorp.com/portfolio-item/witness-polymer-p-full-size/); 2013 Product Catalog, Taurus, 3, 29, 37 (2013); Smith & Wesson M&P Print Campaign for IQ Agency: M&P Advanced by Design, Jason Maris Film & Photography Blog, http://jasonmaris.com/blog/?p=1066, (Feb. 12, 2013) (firearm specifications available at: http://www.smith-wesson.com/webapp/wcs/stores/servlet/Product4_750001_750051_770005_-1_757781_757781_757781_ProductDisplayErrorView_Y) ; Glock Personal Defense (December 23, 2013), http://us.glock.com/products/sector/personal-defense; The Pro Glock Forum, Glock Pro,

(Dec. 23, 2013), http://glock.pro/glocks-tv-movies/3966-not-tv-movies.html.;Beretta PX4 Storm Ad Concepts, Adventure http://www.adventureadvertising.com/work/detail/beretta (Last visited Dec. 23, 2013) (firearm specifications available at http://www.berettausa.com/px4storm/); Sig Sauer P224, Sig Sauer Guns and Accessories, http://www.sigsauerguns.com/product-highlights/sig-sauer-p224/ (Jan. 4, 2012)(firearm specifications available at http://www.sigsauer.com/CatalogProductDetails/p224-extreme.aspx); Ruger The New First Line of Defense, http://ruger.com/pdf/ads/HARD-R-Family.pdf , (firearm specifications available at, http://www.ruger.com/products/sr9/models.html). I last visited the above referenced websites on December 23, 2013.

   5. On December 23, 2013, I visited the website www.youtube.com as well as websites for various firearm manufacturers and viewed videos embedded on those websites. I am informed and believe that the videos found at the following links are advertisements produced and distributed by firearm manufacturers that are directed to consumers. These videos advertise firearms that have standard magazine capacities exceeding ten rounds as suitable for self-defense, including within the home. Glock Ges. m.b.H, Gunny & Glock Wrong Diner, Youtube (Nov. 10, 2011), http://www.youtube.com/watch?v=vsVCHE7ayPE&feature=c4-overview&list=UUeeqOv85TJigJv6YrLHZhfQ; Glock Ges. m.b.H, Gunny & Glock Wrong House, Youtube (Nov. 13, 2011), http://www.youtube.com/watch?v=6RNcFs-JwOQ; Glock Ges. m.b.H, Gunny & Glock Wrong Girl, Youtube (Jan. 7, 2013), http://www.youtube.com/watch?v=a2gCFOtaZPo; Glock Ges. m.b.H, Gunny & Glock Wrong Convenience Store, Youtube (March 12, 2013), http://www.youtube.com/watch?v=V8WCM_AAAyY; Glock Ges. m.b.H, Gunny & Glock Wrong Guy, Youtube (Nov. 13, 2011), http://www.youtube.com/watch?v=gzb7SLsFwtE&list=UUeeqOv85TJigJv6YrLHZhfQ; Smith & Wesson, Smith & Wesson M& P Advertisement, Youtube (De. 22, 2011), http://www.youtube.com/watch?v=TLuN-JrR4_M; Sig Sauer, Do You Need Another Reason to Train at the Sig Sauer Academy?, Youtube (Feb. 1, 2013), http://www.youtube.com/watch?v=oNt7Jev4CIA. I last accessed and viewed these videos at the

1 | above links on December 23, 2013.

2 |     6. True and correct copies of pages 73-99 from *The Complete Book of Autopistols: 2013 Buyer's Guide* (2013) showing various models of handguns for sale to the public that come standard with over ten round magazines are attached as Exhibit "D."

    I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on December 23, 2013.

*/s/ Clinton B. Monfort*
Clinton B. Monfort