1  Roderick M. Thompson (State Bar No. 96192)
   Anthony P. Schoenberg (State Bar No. 203714)
2  Evan M. Engstrom (State Bar No. 267300)
   James H. Baker (State Bar No. 291836) Farella
3  Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480
   Email:  aschoenberg@fbm.com
6
7  Attorneys for Defendants

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12 | LEONARD FYOCK,                        | Case No.  13-cv-05807 RMW
   | SCOTT HOCHSTETLER,                    |
13 | WILLIAM DOUGLAS, DAVID                | **DECLARATION OF**
   | PEARSON, BRAD SEIFERS, and ROD        | **ANTHONY SCHOENBERG  IN SUPPORT**
14 | SWANSON,                              | **OF DEFENDANTS' ADMINISTRATIVE**
   |                                       | **MOTION TO ENLARGE TIME FOR**
15 |                    Plaintiffs,        | **HEARING AND BRIEFING PLAINTIFFS'**
   |                                       | **MOTION FOR PRELIMINARY**
16 | v.                                    | **INJUNCTION AND FOR EXPEDITED**
   |                                       | **DISCOVERY**
17 | THE CITY OF SUNNYVALE, THE            |
   | MAYOR OF SUNNYVALE, ANTHONY           | [LOCAL RULES 6.3 and 7.11]
18 | SPITALERI in his official capacity, THE|
   | CHIEF OF THE SUNNYVALE                | Action Filed:  Dec. 17, 2013
19 | DEPARTMENT OF PUBLIC SAFETY,          |
   | FRANK GRGURINA, in his official       |
20 | capacity, and DOES 1-10               |
21 |                    Defendants,        |

22

23

24        I, Anthony Schoenberg, declare as follows:

25        1.       I am a Partner at Farella Braun + Martel and I represent the Defendants in this

26 action.  The matters within this declaration are true of my personal knowledge or, where stated

27 otherwise, upon information and belief.

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Decl. of Schoenberg ISO Defendants Admin
Motion to Enlarge Time – 13-cv-5807 RMW

29688\4014225.2

2.      On November 5, 2013, the voters of the City of Sunnyvale passed by a vote of 66.55% an ordinance, entitled Measure C, that implements several common sense gun violence prevention measures, including a ban on the possession of large capacity magazines ("LCM"). The results of the election were certified by the Sunnyvale City Council on November 26, 2013, and it took effect on December 6, 2013.

3.      A true and correct copy of the Washington Post article entitled "Why Sunnyvale, Calif. Could be the next front in the national gun-control fight," dated November 7, 2013, is attached hereto as Exhibit A.

4.      Late in the afternoon on the Friday before Christmas, December 20, 2013, Plaintiffs first notified Defendants' counsel that they intended to file a motion for a preliminary injunction the next business day, on December 23, 2013, seeking to enjoin enforcement of the LCM ban pending the outcome of the lawsuit. Plaintiffs stated they had contacted the Court's clerk and determined that February 7, 2014 was the first available hearing date. Plaintiff's counsel did not inquire how much time Defendants might need to respond or whether the February 7 (or any other) hearing date might be convenient for counsel and our clients. Plaintiffs further advised Defendants that they intended to file their motion the next business day, on December 23, 2013, notwithstanding that with a February 7 hearing date, Plaintiffs' motion would not be due until January 3, 2014. Because the deadline for opposing a motion under the Local Rules is based on the date the motion is filed rather the date noticed for hearing, this meant that Defendants' opposition brief would still be due on January 6, 2014 (the first Monday after the holidays).

5.      I called Plaintiffs' counsel to try to negotiate a reasonable extension of the schedule -- including a hearing date later than February 7, 2014 -- in order to allow some time after the holidays for any necessary discovery and to otherwise give the parties adequate time to fully brief the issues raised by Plaintiffs' motion. I pointed out that under Measure C, any person legally in possession of an LCM has until March 6, 2014 -- i.e., 90 days from December 6, 2013, the effective date of Measure C -- in which to remove LCM's from Sunnyvale or otherwise

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Decl. of Schoenberg ISO Defendants Admin
Motion to Enlarge Time – 13-cv-5807 RMW

- 2 -

29688\4014225.2

1  dispose of them.  Thus, there was (and is) ample time for a more reasonable schedule that would

2  still allow Plaintiffs' motion to be heard and ruled on prior to March 6, 2014.

3      6.      Plaintiffs, however, refused.  They would not consider a hearing date later than

4  February 7, 2014, and they also insisted on filing their motion on December 23, 2013.  Following

5  several phone calls and exchanges of email, we agreed to the only-slightly-modified schedule that

6  the Plaintiffs were offering on a take-it-or-leave-it basis -- which is the schedule that is set forth in

7  the stipulation that was filed on December 23, 2013.  Under that schedule, Defendants' opposition

8  to Plaintiffs' motion is due a week from this Monday, January 13, 2014, and Plaintiffs' reply is

9  due on January 24, 2014.  In agreeing to that schedule, we advised that we would review

10  Plaintiffs' moving papers and evaluate the need for discovery and "[i]f we are not able to reach

11  agreement, Defendants may have to seek adjustment to the briefing schedule."

12      7.      The evening of December 23, 2013, Plaintiffs filed their motion for preliminary

13  injunction.  The motion was accompanied by ten supporting declarations, including four

14  declarations from apparent expert witnesses, and several with lengthy exhibits.  In total, the

15  submissions comprise more than 280 pages.  After reviewing this voluminous submission the

16  next day (Christmas Eve), we again requested a more reasonable hearing and briefing schedule.

17  After a lengthy exchange of emails, however, Plaintiffs refused to agree to provide any discovery

18  or to any enlargement of time for briefing except on the condition that the City of Sunnyvale

19  postpone enforcement of Measure C by 60 days.  Not wanting to undermine the will of 66.55% of

20  the Sunnyvale electorate, or to jeopardize the public safety achieved by Measure C, and confident

21  that it is well within the bounds of reasonable and common sense regulation permitted under the

22  Second Amendment, Sunnyvale declined the offer.

23      8.      A true and correct copy of a lengthy email string reflecting the above-described

24  communications with Plaintiffs' counsel is attached hereto as Exhibit B.

25      9.      Absent an enlargement of the time for hearing and briefing Plaintiffs' motion for

26  preliminary injunction, Defendants will suffer substantial prejudice.  Without first consulting

27  Defendants on a hearing schedule, Plaintiffs filed a 280-page, ten declaration submission seeking

28  a preliminary injunction two days before Christmas.  They then tried to use the resulting

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Decl. of Schoenberg ISO Defendants Admin
Motion to Enlarge Time – 13-cv-5807 RMW

- 3 -

29688\4014225.2

compressed scheduled over the holidays to extract a two-month stay of enforcement of the ordinance that is the subject of this lawsuit. Yet, that ordinance, by its terms, does not require Plaintiffs to do anything with their LCMs until March 6, 2014, nearly a month after the February 7, 2014 hearing that Plaintiffs refuse to move. It is clear that Plaintiffs spent substantial time and effort to put together such a voluminous record in support of their motion. Fairness dictates that Defendants be allowed adequate time in which to respond to the motion and the large amount of supporting evidence submitted.

10.    As part of the lengthy meet-and-confer prior to this motion, reflected in Exhibit B hereto, counsel explored the possibility of Plaintiffs producing documents to provide at least some of this relevant information. Counsel for Plaintiffs considered this proposal for several days. Finally on December 31, 2013, Plaintiffs refused to provide even this "limited discovery" unless Defendants agreed to a two-month stay of enforcement of the LCM possession ban, necessitating this motion. Curiously, at the same time, Plaintiffs advised that they are "planning to amend [their] complaint to include an associational plaintiff this week." They explained that "gun owners in possession of prohibited magazines who travel through Sunnyvale with them, will now be represented in the suit through the association. Plaintiffs did not explain how these new Plaintiff(s) might affect the pending motion for preliminary injunction.

11.    Plaintiffs' counsel, Michel & Associates, have made multiple requests for documents from the Defendant City of Sunnyvale under the California Public Record Act. These requests are directed to various aspects of Measure C as well as the identities of Concealed Carry Weapons permit holders, in an apparent attempt to recruit plaintiffs. A true and correct copy of an example of such a request is attached hereto as Exhibit C. To date, about 400 pages of documents and lists of CCW permit holders have been provided to Michel & Associates. Discovery should be a two-way street. Accordingly, Defendants request leave to obtain expedited document discovery and, if necessary, to take one or more depositions of the six Plaintiffs prior to the deadline for filing an opposition to Plaintiffs' motion for preliminary injunction.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Decl. of Schoenberg ISO Defendants Admin
Motion to Enlarge Time – 13-cv-5807 RMW

- 4 -

29688\4014225.2

1    12.    There are no previous modifications of time in this case. I believe that because this

2  case is in its early stages and because no trial or pretrial deadlines have been set in this case, this

3  proposed modification will have no material impact on the time to complete this case.

4    I declare under penalty of perjury under the laws of the State of California that the

5  foregoing is true and correct.  Executed January 3, 2014 in San Francisco, California.

6

7                                                    _____/s/_____
                                                     Anthony P. Schoenberg

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Decl. of Schoenberg ISO Defendants Admin
Motion to Enlarge Time – 13-cv-5807 RMW            - 5 -                                    29688\4014225.2