# EXHIBIT C

SENIOR COUNSEL
C. D. MICHEL*

SPECIAL COUNSEL
JOSHUA R. DALE
W. LEE SMITH

ASSOCIATES
ANNA M. BARVIR
SEAN A. BRADY
SCOTT M. FRANKLIN
THOMAS E. MACIEJEWSKI
CLINT B. MONFORT
TAMARA M. RIDER
JOSEPH A. SILVOSO, III
LOS ANGELES, CA

* ALSO ADMITTED IN TEXAS AND THE
  DISTRICT OF COLUMBIA

WRITER'S DIRECT CONTACT:
562-216-4451
MLEIOY@MICHELLAWYERS.COM

OF COUNSEL
DON B. KATES
BATTLEGROUND, WA

RUTH P. HARING
MATTHEW M. HORECZKO
LOS ANGELES, CA

GLENN S. MCROBERTS
SAN DIEGO, CA

AFFILIATE COUNSEL
JOHN F. MACHTINGER
JEFFREY M. COHON
LOS ANGELES, CA

DAVID T. HARDY
TUSCSON, AZ

# MICHEL & ASSOCIATES, P.C.
### Attorneys at Law

RECEIVED OCA

DEC 26 2013

_X_ AM ___ PM

December 17, 2013

Joan Borger
Sunnyvale City Attorney's Office
456 W. Olive Ave.
Sunnyvale, CA 94086
**VIA U. S. MAIL**

Office of the City Clerk
P.O. Box 3707
Sunnyvale, CA 94088
Fax: (408) 730-7696
**VIA FAX & U.S. MAIL**

Re: **Public Records Act Request**
 PRAR #252365 - "Sunnyvale Municipal Code § 9.44.050"

Dear Ms. Borger,

This letter constitutes a request under the California Public Records Act, California Government Code section 6250 *et seq.* (the "Act").[1] When responding, please include the above reference number for internal tracking purposes.

This request is directed to the Public Records Act Coordinator or custodian of records for the entity identified in the addressee section above. If the items listed below are under the control of another department or agency, please forward this letter accordingly and so advise us.

This request seeks the information listed below, whether in the form of a writing,[2] e-mail

---

[1] All references to standards for compliance are pursuant to the Act, as amended by California Assembly Bill 2799, effective January 1, 2001, and further informed by the heightened right to information as provided by the California Constitution, art. 1, section 3, amended by Proposition 59.

[2] WRITING, whether singular or plural, includes those items listed in the paragraph above, as well as those items described in the definition provided by Evidence Code section 250, which provides as follows:

> "Writing" means handwriting, typewriting, printing, photostating, photographing, photocopying, transmitting by electronic mail or facsimile, and every other means of recording upon any tangible thing, any form of communication or representation, including letters, words,

Sunnyvale City Attorney
December 17, 2013
Page 2

(including attachments), computer file, photograph, audio or video tape, or however kept.

## INFORMATION REQUESTED

The following public records and all "writings," including attachments, related thereto, but excluding any writings that were prepared for use in either the pending litigation against the City of Sunnyvale involving Sunnyvale Municipal Code section 9.44.050, or the pending litigation against the City and County of San Francisco involving San Francisco Police Code section 619, are requested:

1.  Any and all writings, dated January 2012 to present, regarding firearm magazines issued to law enforcement officers of the Sunnyvale Public Safety Department. This request also includes any and all writings made prior to January 2012 if such writings are still currently in effect.

2.  Any and all writings, dated January 2012 to present, including but not limited to, any policies or procedures regarding the issuance of firearm magazines to law enforcement officers of the Sunnyvale Public Safety Department. This request also includes any and all writings, policies, procedures, etc. made prior to January 2012 if such writings are still currently in effect.

3.  Any and all writings, dated January 2012 to present, referring or relating to the purchase or possession of any firearms, magazines, or ammunition by law enforcement officers of the Sunnyvale Public Safety Department for off-duty use. This request also includes any and all writings made prior to January 2012 if such writings are still currently in effect.

4.  Any and all writings referring or relating to the enforcement of Sunnyvale Municipal Code section 9.44.050 Sunnyvale Measure C.

5.  Any and all writings referring or relating to the application of Sunnyvale Municipal Code section 9.44.050 to any law enforcement officers of the Sunnyvale Public Safety Department.

## TIME TO RESPOND & COST REIMBURSEMENT

As the Act requires, we expect to receive notification of your compliance with this request within ten (10) days of your receipt of this letter. If you need additional time, please simply notify us in writing as the code requires. If practical circumstances further prohibit a timely response, please contact us so we may attempt to agree on a reasonable deadline for production.

---

pictures, sounds, or symbols, or combinations thereof, and any record thereby created, regardless of the manner in which the record has been stored.

Sunnyvale City Attorney
December 17, 2013
Page 3

    Pursuant to section 6253(b) of the Act, we are willing to pay reasonable costs to reimburse you for direct costs of duplication or to pay statutory fees. If you estimate that the direct copying costs will exceed one hundred dollars ($100.00), please notify us of the cost estimate so that we may determine how to proceed.

    Thank you for your anticipated cooperation. Please contact me if you have questions or concerns.

    Sincerely,
    **Michel & Associates, P.C.**

    Margaret Leidy

ML/ca