# EXHIBIT "A"

# Clint B. Monfort

**From:** Lisa Natusch <lnatusch@sunnyvale.ca.gov>
**Sent:** Wednesday, November 13, 2013 11:23 AM
**To:** Rudy G. Klapper
**Cc:** Franco Simmons, Kathleen
**Subject:** Re: Sunnyvale Ballot Measures

Mr. Klapper,

I apologize for my delayed response. The Certification of Election Results for the measures on the November 5 ballot will go to Council on November 26, 2013. The measures will take effect 10 days after the vote is declared by Council.

If I can be of additional assistance, please let me know.

Thank you,


Lisa Natusch
Deputy City Clerk
City of Sunnyvale
408-730-7595
408-730-7619 Fax
lnatusch@sunnyvale.ca.gov


On Thu, Nov 7, 2013 at 8:58 AM, Rudy G. Klapper <RKlapper@michellawyers.com> wrote:

Hi Ms. Natusch,

Following up on the e-mail below, I was just writing to confirm the effective date of the Sunnyvale ordinances. I was under the impression that Measures B and C would go into effect around January 17, 2014 (ten days after the certification of the election results tentatively scheduled for January 7). However, I've seen media reports that said these measures (specifically C) would go into effect as of January 1. Can you let me know the tentative effective date? Thanks!

http://www.nbcbayarea.com/news/local/Sunnyvale-Passes-Strict-Gun-Control-Measure-C-NRA-Vows-to-Challenge-230776461.html


| **Rudy G. Klapper**<br>Law Clerk | Direct: (562) 216-4465<br>Main:   (562) 216-4444<br>Fax:    (562) 216-4445<br>Email: RKlapper@michellawyers.com<br>Web:   www.michellawyers.com<br><br>180 E. Ocean Blvd. |
|---|---|

1



Suite 200
Long Beach, CA 90802

**MICHEL & ASSOCIATES, P.C.**
Attorneys at Law
Environmental - Land Use - Firearms - Employment Law
Civil Litigation - Criminal Defense

This e-mail is confidential and is legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Michel & Associates, PC at (562) 216-4444 if you need assistance.

**From:** City Clerk [mailto:cityclerk@ci.sunnyvale.ca.us]
**Sent:** Thursday, October 10, 2013 12:11 PM
**To:** Rudy G. Klapper
**Subject:** Re: Sunnyvale Ballot Measures

Mr. Klapper,

If the measures on the November 5, 2013 ballot pass, the measures take effect as follows:

Measure A (Charter amendment): Once accepted and filed by the Secretary of State pursuant to Government Code Section 34460.

Measures B and C: 10 days after the vote is declared by the legislative body pursuant to California Elections Code 9217. The certification of the election results is tentatively scheduled for January 7, 2014.

If I can be of additional assistance, please let me know.

Sincerely,

Lisa Natusch
Deputy City Clerk
City of Sunnyvale
408-730-7595
lnatusch@sunnyvale.ca.gov


---------- Your Original Message ----------

**Request #:** 28848
**From:** Rudy Klapper
**Date:** 10-08-13 11:02 am
**Subject:** Sunnyvale Ballot Measures
**Message:** Assuming any of the Sunnyvale ballot measures currently up for a vote in the November 5, 2013 elections successfully pass, at what date do the measures and the ordinances within them officially become law?