# EXHIBIT "D"

NEWSLETTERS | SEND PICS | TIPS | LOGIN

55°  Search

HOME | NEWS | VIDEO | WEATHER | ... | ... | ENTERTAINMENT | TRAFFIC | CONTESTS | CONTACT US

LOCAL  CALIFORNIA  U.S. & WORLD  SPORTS  HEALTH  TECH  WEIRD  WEATHER BLOGS: PRESS HERE  THE COVE

HOME > NEWS > LOCAL

# Sunnyvale Passes Strict Gun Control Measure C, NRA Vows to Challenge

By Lisa Fernandez and Chase Cain | Wednesday, Nov 6, 2013 | Updated 6:12 AM PST

View Comments (5) | Email | Print      Tweet  10            Send  [8+1]  2



### TOP STORIES

TODAY | MOST WATCHED | MOST EMAILED




**Antioch Kidnap Suspect "Came Close" to Kidnapping Others**


**$10K Reward for Androgynous Bank Robber**


**California Bishops Pray for Rain**


**Extreme Weather 2014**



### PHOTOS AND VIDEOS

Sunnyvale voters on Tuesday overwhelmingly passed a strict gun control measure that has received the attention of supporter outgoing New York Mayor Michael Bloomberg and critics from the National Rifle Association.

With all 54 precincts reporting, 66 percent of voters supported Measure C, according to results from the Santa Clara County Registrar of Voters.

As of Jan. 1, the measure will require Sunnyvale gun owners to report firearms thefts to the police within 48 hours, lock up their guns at home and get rid of magazines that hold more than 10 rounds. Gun dealers would have to keep logs of ammunition sales.

Mayor Tony Spitaleri, a retired Palo Alto fire captain originally from the South Bronx, was


NRA to Challenge Sunnyvale's Measure C...


Sunnyvale Voters to Weigh In On Gun Measure

More Photos and Videos

inspired to spearhead the measure after he signed onto a group called Mayors Against Illegal Guns while attending a mayors conference in Washington, D.C., in 2006. Bloomberg co-chairs that coalition, along with Boston Mayor Thomas Menino. It was the Newtown, Conn. massacre that got him thinking about what he could do locally about cracking down on guns.

- Bay Area Election Day Results

Bloomberg contributed $3,000 to the Sunnyvale gun-control campaign.

The "no" group has just $400 in its coffers. And none of that money came from the National Rifle Association, according to Dan Walsh, treasurer for the pro-gun group.

Despite its lack of financial backing, the NRA has threatened to sue if Sunnyvale's measure won, arguing that it violates the Second Amendment. An attorney for the group has suggested that it would pursue litigation all the way up to the Supreme Court. On its website, the NRA claims Measure C "would do nothing to reduce violent crime or firearm accidents in Sunnyvale." The NRA declined media requests for an interview.

"Sunnyvale taxpayers should consider whether they want to foot the legal bill to push the social agenda of New York Mayor Michael Bloomberg, whose gun control advocacy group is behind Measure C," NRA attorney Chuck Michel said in a statement on the group's website.

Part of the reason the "no" group doesn't like the measure, is that backers say Sunnyvale is already safe enough, and doesn't need extra laws. "There is no urgent problem which requires an emergency action such as this ballot measure," according to the argument against Measure C.

## MORE: NRA Threatens to Sue Silicon Valley Suburb Over Bloomberg-Backed Gun Control Measure

According to FBI statistics, Sunnyvale has far fewer violent crimes that other cities with about the same population of 140,000. Sunnyvale reported 150 violent crimes including three homicides in 2011. Compare that to comparable-sized cities of Concord, which had 430 violent crimes and seven homicides; Corona, which had 430 violent crimes and two homicides; and Elk Grove, which had 523 violent crimes and three homicides, all reported two years ago.

That argument doesn't hold water with the gun-control advocates. Newtown, Conn., had a low crime rate. So did other cities where gunmen have pulled out firearm and blasted away others in the seemingly safe suburbs.

"We're a safe city, but it needs to start somewhere," Spitaleri said in a previous interview. "It's just like the ban on plastic bags -- it started somewhere."

*NBC Bay Area's Marianne Favro contributed to this report.*

### More stories from NBC Bay Area:

- » $10K Reward for Androgynous Robber
- » Kidnap Suspect "Did Take" Girl
- » 3D Printing Highlight of CES
- » Bay Area on Alert Following Antioch Kidnapping
- » Arrest in Chinese Consulate Fire
- » SFPD Seeks Help Solving 2007 Murder
- » Fake Signatures Taint Styrofoam Ban
- » Appeals Court Upholds Bag Ban
- » Delay in Jahi McMath's Autopsy
- » Stanford Receives $90M for Cancer Research

Powered by Feed Informer

Get the latest headlines sent to your inbox | EMAIL | SIGN UP |

## From Around the Web

Erin Andrews' Tongue Becomes the Topic of Conversation During Sunday Night Football (E! Online)

Digging Out the Most Shocking National Enquirer Covers of the 1960s (Photos) (National Enquirer)

6 Things You Didn't Know About Bonnie and Clyde (Ancestry.com)

New Rule for California Drivers (Lifestyle Journal)

This Is What Happens When a Minor League Hockey Team Lets Kids Paint Its Ice (Sports Illustrated)

Is This the Most Glamorous First Lady America has Ever Seen? (National Enquirer)

## More From NBC Bay Area

Oakland Police Find Missing 5-Year-Old Boy Who Disappeared From Park

Abducted 7-Year-Old Antioch Girl Found Safe, Suspect Arrested

Slain Woman's Family Awaits Autopsy Results After Man's Body Found in Hawaii Lava Field

Man Reunited With Family After Photo Published

Wear It, Drive It -- Themes at CES 2014

San Francisco: Woman Says She Was Drugged, Kidnapped and Assaulted

[?]

View Comments (5) | Email | Print

## Leave Comments

Add a comment...

☑ Post to Facebook     Posting as Clint Monfort (Not you?) [Comment]

**Brenton Adams** · Top Commenter
See you in court. Just ask SF how well that worked out for them.
Reply · 5 · Like · Follow Post · November 6, 2013 at 7:02am

## NEWS


LOCAL
Antioch Kidnap Suspect "Came Close"...


LOCAL
SFPD Seeks Public's Help Solving 2007 Murder


NATIONAL INTERNATIONAL
Lawyer for Indian Diplomat in NYC...

News

## LOCAL


LOCAL
$10K Reward for Androgynous Bank Robber


CALIFORNIA
California Bishops Pray for Rain


LOCAL
Grand Princess Crewmember Overboard...

Local

## PHOTOS AND VIDEOS


SPORTS
📷 Red & Gold Pride!


LOCAL
📷 Top 10 Bay Area News Stories of 2013


MULTIMEDIA
📷 Top 10 Bay Area Sports Stories of 2013

Multimedia

## COMMUNITY



**Bay Area Proud**

Bay Area Proud is NBC Bay... Read more

## FOLLOW US

Sign up to receive news and updates that matter to you.

Send Us Your Story Tips

## CHECK OUT



A SMARTER LAYOUT FOR YOUR SMART PHONE.
MOBILE NEWS AT NBC BAYAREA.COM



### NEWS
Local
California
U.S. & World
Sports
Health
Tech
Weird
Weather
Press Here
The Cove

FCC Independent Programming Report
FCC News and Information Programming Report
NBC Non-Profit News Partnership Reports
KNTV Public Inspection File
21st Century Solutions

AdChoices

### WEATHER
Forecast
Maps & Radar
Weather Alerts
Weather News

### ENTERTAINMENT
Entertainment News
The Scene
Events
Golden Globes
The City
Worth The Trip

### CONTACT US
Social Directory
About Us
Community
TV Listings
Careers

### TRAFFIC

Send Feedback | Terms Of Service | Privacy Policy

© 2014 NBCUniversal Media, LLC. All rights reserved. Portions by Broadcast Interactive Media.