| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Clinton B. Monfort - S.B.N. 255609 |
| 2 | Sean A. Brady - S.B.N. 262007 |
| | Anna M. Barvir - S.B.N. 268728 |
| 3 | MICHEL & ASSOCIATES, P.C. |
| | 180 E. Ocean Boulevard, Suite 200 |
| 4 | Long Beach, CA 90802 |
| | Telephone: 562-216-4444 |
| 5 | Facsimile: 562-216-4445 |
| | Email: cmichel@michellawyers.com |
| 6 | |
| 7 | Attorneys for Plaintiffs |

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11

| | | |
|---|---|---|
| 12 | LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON, | **CASE NO: CV 13-05807 RMW** |
| 13 | | **[PROPOSED] ORDER TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXPEDITED RULING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| 14 | | |
| 15 | Plaintiffs, | |
| 16 | vs. | |
| 17 | THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI, in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10, | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | Defendants. | |

| | |
|---|---|
| 1 | Upon consideration of Plaintiffs' Administrative Motion for an Expedited Ruling on |
| 2 | Plaintiffs' Motion for Preliminary Injunction, the Declaration of Clinton B. Monfort, the record to |
| 3 | date in this matter, any opposition thereto, and for good cause shown; it is hereby |
| 4 | **ORDERED** that the Motion for Expedited Ruling on Plaintiffs' Motion for Preliminary |
| 5 | Injunction is GRANTED. |
| 6 | _____ |
| 7 | _____ |
| 8 | _____ |
| 9 | IT IS SO ORDERED. |
| 10 | Dated: _____ |
| 11 | |
| 12 | |
| 13 | _____<br>Honorable Judge Ronald M. Whyte<br>United States District Court Judge |

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,<br><br>Plaintiffs<br><br>vs.<br><br>THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI, in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10,<br><br>Defendants. | CASE NO: CV13-05807 RMW<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of

**[PROPOSED] ORDER TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXPEDITED RULING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Roderick M. Thompson
rthompson@fbm.com
Anthony P. Schoenberg
aschoenberg@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 13, 2014.

                                                      /s/ C. D. Michel
                                                      C. D. Michel
                                                      Attorney for Plaintiffs