1  C. D. Michel - S.B.N. 144258
   Clinton B. Monfort - S.B.N. 255609
2  Sean A. Brady - S.B.N. 262007
   Anna M. Barvir - S.B.N. 268728
3  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   Email: cmichel@michellawyers.com
6

7  Attorneys for Plaintiffs

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN JOSE DIVISION**

11

| | |
|---|---|
| 12  LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON | **CASE NO: CV 13-05807 RMW** |
| 14 | **NOTICE OF ERRATA RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; EXHIBIT "A"** |
| 15  Plaintiffs | |
| 16  vs. | |
| 17  THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI, in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10, | |
| 21  Defendants. | |

| | |
|---|---|
| 1 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Petitioners Leonard Fyock, Scott Hochstetler, William |
| 3 | Douglas, David Pearson, Brad Seifers, and Rod Swanson request the Court take notice of the |
| 4 | following erratas concerning Plaintiffs' Motion for Preliminary Injunction that was filed on |
| 5 | December 24, 2013: |
| 6 | 1. Plaintiffs inadvertently cited to Sunnyvale Municipal Code section 9.44.050(c)(2) |
| 7 | in the "Statement of Facts" on line fifteen of page three. The correct citation is: Sunnyvale, Cal, |
| 8 | Muni. Code Section 706. |
| 9 | 2. The "Conclusion" heading was inadvertently left on the bottom of page twenty- |
| 10 | four. The "Conclusion" heading should be on the top of page twenty-five. |
| 11 | 3. The word "with" inadvertently appears, as "wit" on line eight of page twenty-five. |
| 13 | Attached as Exhibit "A" for the Court's convenience is a copy of Plaintiffs' Motion for |
| 14 | Preliminary Injunction with corrected versions of pages 3, 24, and 25. |
| 15 | Date: January 16, 2014          **MICHEL & ASSOCIATES, P.C.** |
| 18 | /s/ C. D. Michel |
| | C. D. Michel |
| 19 | Attorney for Plaintiffs |

| | | |
|---|---|---|
| 4 | LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON, | ) **CASE NO: CV13-05807 RMW** ) ) ) **CERTIFICATE OF SERVICE** |
| 5-6 | Plaintiffs | ) |
| 7 | vs. | ) |
| 8-13 | THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI, in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10, Defendants. | ) |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of

**NOTICE OF ERRATA RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; EXHIBIT "A"**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Roderick M. Thompson
rthompson@fbm.com
Anthony P. Schoenberg
aschoenberg@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2014.

        /s/ C. D. Michel
        C. D. Michel
        Attorney for Plaintiffs