Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Anthony P. Schoenberg (State Bar No. 203714)
aschoenberg@fbm.com
Rochelle L. Woods (State Bar No. 282415)
rwoods@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
THE CITY OF SUNNYVALE, THE MAYOR OF
SUNNYVALE, ANTHONY SPITALERI in his
official capacity, THE CHIEF OF THE
SUNNYVALE DEPARTMENT OF PUBLIC
SAFETY, FRANK GRGURINA, in his official
capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10<br><br>Defendants. | Case No. 13-cv-05807 RMW<br><br>**DECLARATION OF LUCY P. ALLEN IN SUPPORT OF SUNNYVALE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:       February 21, 2014<br>Time:       9:00 a.m.<br>Location:  San Jose Courthouse<br>               Courtroom 6 – 4th Floor<br>               280 South 1st Street<br>               San Jose, CA 95113 |

I, Lucy P. Allen, declare as follows:

1.   I am a Senior Vice President of NERA Economic Consulting ("NERA"), a member of NERA's Securities and Finance Practice and Chair of NERA's Mass Torts and

DECLARATION OF LUCY P. ALLEN – 13-cv-5807 RMW

Product Liability Practice. NERA provides practical economic advice related to highly complex business and legal issues arising from competition, regulation, public policy, strategy, finance, and litigation. NERA was established in 1961 and now employs approximately 500 people in more than 20 offices worldwide.

2. In my 19 years at NERA, I have been engaged as an economic consultant or expert witness in numerous projects involving economic and statistical analysis. I have been qualified as an expert and testified in court on various economic and statistical issues relating to the flow of guns into the criminal market. I have testified at trials in Federal District Court, before the New York City Council Public Safety Committee, the American Arbitration Association and the Judicial Arbitration Mediation Service, as well as in depositions.

3. I have a B.A. from Stanford University, an M.B.A. from Yale University, and M.A. and M. Phil. degrees in Economics, also from Yale University. Prior to joining NERA, I was an Economist for both President George H. W. Bush's and President Bill Clinton's Council of Economic Advisers.

4. This declaration addresses the results of analyses that I and others under my direction at NERA conducted with respect to the following issues: (a) the number of rounds of ammunition fired by individuals using a gun in self-defense; and (b) magazines used in mass shootings.

**A.  Number of rounds fired by individuals in self-defense**

5. Plaintiffs claim the banned "large-capacity magazines" are commonly used in Sunnyvale in the home for self-defense. The Complaint alleges that the "magazines prohibited by the Ordinance are in widespread, common use throughout the United States" and that these magazines, which are "capable of holding more than ten rounds [...] are currently possessed by law-abiding citizens for the core lawful purpose of self-defense, including in-home self-defense."[1]

---

[1] Complaint, ¶2 and ¶42. The complaint also alleges that "the use of standard-capacity firearms and magazines with capacities of more than ten rounds increase the likelihood that a law-abiding citizen will survive a criminal attack." ¶49.

DECLARATION OF LUCY P. ALLEN – 13-cv-5807 RMW     - 2 -

6. Data from the NRA Institute for Legislative Action ("NRA-ILA"), however, indicates that it is rare for a person, when using a firearm in self-defense, to fire more than ten rounds.

7. The NRA-ILA maintains a database of "armed citizen" stories describing private citizens who have successfully defended themselves, or others, using a firearm. A study of all incidents in this database over a 5-year period from 1997 through 2001 found that it is rare for individuals to defend themselves using more than ten rounds. Specifically, this study found that, on average, 2.2 shots were fired by defenders and that in 28% of incidents of armed citizens defending themselves the individuals fired no shots at all.[2]

8. We performed a similar analysis of NRA-ILA stories for the 3-year period January 2011 through December 2013. For each incident, the number of offenders, defenders, and shots fired were tabulated, along with the location, nature and outcome of the crime. The information was gathered for each incident from both the NRA-ILA synopsis and, where available, one additional news story.[3]

9. According to this analysis, defenders fired on average 2.1 bullets. Out of 279 incidents, there were no incidents in which the defender was reported to have fired more than 10 bullets. In 16% of incidents, the defender did not fire any shots, and simply threatened the offender with a gun. For incidents occurring in the home (53% of total), defenders fired an average of 2.1 bullets, and fired no bullets in 12% of incidents in the home. The table below summarizes some of these findings.

---

[2] Claude Werner, "The Armed Citizen – A Five Year Analysis."

[3] The following incidents were excluded from the analysis: (1) repeat stories (one incident listed multiple times on NRA website), (2) wild animal attacks, and (3) one incident where the supposed victim later pleaded guilty to covering up a murder. When the exact number of shots fired was not specified, we used the average for the most relevant incidents with known number of shots. For example, if the stories indicated that "shots were fired" this would indicate that at least two shots were fired and thus we used the average number of shots fired in all incidents in which two or more shots were fired and the number of shots was specified.

**Rounds Fired in Self-Defense**
**Based on NRA-ILA Armed Citizen Stories**
**January 2011 - December 2013**

| | Rounds Fired by Individual in Self-Defense | |
|---|---|---|
| | Overall | Incidents In Home |
| Average Shots Fired | 2.1 | 2.1 |
| Number of Incidents with No Shots Fired | 44 | 17 |
| Percent of Incidents with No Shots Fired | 15.8% | 11.5% |
| Number of Incidents with >10 Shots Fired | 0 | 0 |
| Percent of Incidents with >10 Shots Fired | 0.0% | 0.0% |

**Notes and Sources:**
Events from NRA-ILA Armed Citizen database covering 279 incidents from January 1, 2011 through December 31, 2013. Excludes repeat stories, wild animal attacks, and one incident where the supposed victim later pleaded guilty to covering up a murder.

**B. Mass shootings**

**1. Use of large-capacity magazines in mass shootings**

10. We found two comprehensive sources detailing historical mass shootings: 1) "US Mass Shootings, 1982-2012: Data From Mother Jones' Investigation" published by Mother Jones and 2) "Mass Shooting Incidents in America (1984-2012)" published by the Citizens Crime Commission of New York City. See attached Table 1 for a summary of the combined data.

11. The definition of mass shooting and the period covered differed somewhat for each of the sources. Mother Jones covers 67 mass shootings from 1982 to 2013. Mother Jones includes mass shootings in which a shooter killed four or more people in one incident in a public place and excludes crimes involving armed robbery or gang violence.[4] Citizens Crime Commission covers 30 mass shootings from 1984 to 2012. Citizens Crime Commission includes mass shootings in which a shooter killed four or more people and the gun used by the shooter had

---

[4] "What Exactly is a Mass Shooting," Mother Jones, August 24, 2012. http://www.motherjones.com/mojo/2012/08/what-is-a-mass-shooting. Two incidents included in the Mother Jones data (Columbine High School and Westside Middle School) involved two shooters. "A Guide to Mass Shootings in America," Mother Jones, February 27, 2013.

DECLARATION OF LUCY P. ALLEN – 13-cv-5807 RMW — - 4 -

a magazine with capacity greater than ten.[5] We updated the data on shots fired for mass shootings in 2013 where available.

12. Based on the combined data we found that large-capacity magazines (those with a capacity to hold more than 10 rounds of ammunition) are often used in mass shootings. Such large-capacity magazines were used in the majority of the mass shootings with known magazine capacity since 1982 (34 out of 40 mass shootings).[6] In the past two years, large-capacity magazines were used in five of the seven mass shootings with known magazine capacity.[7]

13. The data indicates that it is common for offenders to fire more than ten rounds when using a gun with a large-capacity magazine in mass shootings. In particular, in mass shootings that involved use of large-capacity magazine guns, the average number of shots fired was 75.[8]

**2. Casualties in mass shootings with large-capacity magazine guns compared with other mass shootings**

14. Based on our analysis of the combined mass shootings data in the past 30 years, casualties were higher in the mass shootings that involved large-capacity magazine guns than in other mass shootings. In particular, we found an average number of fatalities or injuries of 22 per mass shooting with a large-capacity magazine versus 9 for those without.[9]

---

[5] "Mass Shooting Incidents in America (1984-2012)," Citizens Crime Commission of New York City. http://www.nycrimecommission.org/mass-shooting-incidents-america.php

[6] For many of the mass shootings, the data does not indicate whether a large-capacity magazine is used. Based only on Mother Jones data, large capacity magazines were used in 32 out of 38 mass shootings with known magazine capacity.

[7] There were five additional mass shootings in which the magazine capacity was unknown.

[8] There were 27 mass shootings, in which the magazine capacity and the number of shots fired were known.

[9] A 2013 study by Mayors Against Illegal Guns similarly found that when mass shootings involved assault weapons or high capacity magazine, the number of deaths was higher. The study was based on data from the FBI and media reports covering the period January 2009 through January 2013. The study found that mass shootings where assault weapons or high-capacity magazines were used resulted in an average of 14.4 people shot and 7.8 deaths versus other mass shootings that resulted in 5.7 people shot and 4.8 deaths. *Analysis of Recent Mass Shootings*, Mayors Against Illegal Guns, September, 2013.

DECLARATION OF LUCY P. ALLEN – 13-cv-5807 RMW - 5 -

### 3. Mass shootings with only one gun and large capacity magazines

15. In his declaration filed in this matter, plaintiffs' expert Dr. Gary Kleck implies that killers in mass shootings are unlikely to have only one gun with a large-capacity magazine, and that thus, the ban would not prevent mass shootings because shooters could use multiple guns.[10]

16. Dr. Kleck states that there has not been "a single mass shooting in which the offender used a LCM [large capacity magazine], and was known to have possessed just one gun and just one magazine in his immediate possession."[11] Dr. Kleck's statement is misleading because his list of mass shootings includes a number of incidents with missing data. There are 11 mass shootings in Dr. Kleck's data, or 20% of the incidents, for which there is not enough data to make such a conclusion. In other words, according to Dr. Kleck's data in 20% of these incidents it is possible that a large capacity magazine, one gun, and one magazine was used.

17. Moreover, based on our analysis of the combined mass shootings data in the past 30 years, there have been 34 incidents (85% of the 40 mass shootings with known magazine capacity) in which the shooter used a large capacity magazine. There have been 28 incidents (41% of the 69 mass shootings) in which the shooter had only one gun. There were 14 incidents (35% of the 40 mass shootings with known magazine capacity) where the shooter had only one gun and used a large capacity magazine. An average of 14 people were killed or injured in each of these 14 mass shootings.[12]

### 4. Percent of mass shooters' guns legally obtained

18. The combined data on mass shootings indicates that the majority of guns used in mass shootings were obtained legally. Shooters in almost 78% of mass shootings in the past 30

---

[10] Declaration of Gary Kleck, December 23, 2013, ¶14.

[11] Declaration of Gary Kleck, December 23, 2013, ¶14.

[12] An analysis of only the mass shootings identified by Mother Jones yielded similar results: 1) Large capacity magazines were used in 32 out of the 38 mass shootings with known magazine capacity; 2) The shooter had only one gun in 26 out of the 67 mass shootings; 3) The shooter had only one gun and used a large capacity magazine in 12 of the 38 shootings with known magazine capacity. An average of 15 people were killed or injured during these 12 mass shootings.

years obtained their guns legally (at least 54 of the 69 mass shootings) and 75% of the guns used in these 69 mass shootings were obtained legally (at least 115 of the 153 guns).[13]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed this 29th day of January, 2014, in New York, NY.

_____
Lucy P. Allen

---

[13] Based on data from "US Mass Shootings, 1982-2012: Data from Mother Jones' Investigation" published by Mother Jones. http://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data

**Table 1: Combined Mass Shootings Data**
**1982 - 2013**

| Case | Location | Date | Source | Large-Capacity Magazine[1] | | Fatalities[2] | | Injuries[2] | | Shots Fired | Obtained Legally? | Offenders' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MJ/NE | CC | MJ | CC | MJ | CC | CC | MJ | MJ |
| 1 **Washington Navy Yard** | Washington D.C. | 9/16/2013 | MJ | - | - | 13 | - | 8 | - | - | Yes | 2 |
| 2 **Hialeah** | Hialeah, Florida | 7/26/2013 | MJ | - | - | 7 | - | 0 | - | 10[3] | Yes | 1 |
| 3 **Santa Monica** | Santa Monica, California | 6/7/2013 | MJ | Yes | - | 6 | - | 3 | - | 70[4] | Yes | 2 |
| 4 **Federal Way** | Federal Way, Washington | 4/21/2013 | MJ | - | - | 5 | - | 0 | - | - | Yes | 2 |
| 5 **Upstate New York** | Herkimer, New York | 3/13/2013 | MJ | No | - | 5 | - | 2 | - | - | Yes | 1 |
| 6 **Newtown school** | Newtown, Connecticut | 12/14/2012 | MJ/CC | Yes | Yes | 28 | 28 | 2 | - | 154 | Stolen | 4 |
| 7 **Accent Signage Systems** | Minneapolis, Minnesota | 9/27/2012 | MJ | Yes | - | 7 | - | 1 | - | - | Yes | 1 |
| 8 **Sikh temple** | Oak Creek, Wisconsin | 8/5/2012 | MJ/CC | Yes | Yes | 7 | 7 | 3 | 3 | - | Yes | 1 |
| 9 **Aurora theater** | Aurora, Colorado | 7/20/2012 | MJ/CC | Yes | Yes | 12 | 12 | 58 | 58 | 70 | Yes | 4 |
| 10 **Seattle cafe** | Seattle, Washington | 5/30/2012 | MJ | - | - | 6 | - | 1 | - | - | Yes | 2 |
| 11 **Oikos University** | Oakland, California | 4/2/2012 | MJ | No | - | 7 | - | 3 | - | - | Yes | 1 |
| 12 **Su Jung Health Sauna** | Norcross, Georgia | 2/22/2012 | MJ | - | - | 5 | - | 0 | - | - | Yes | 1 |
| 13 **Seal Beach** | Seal Beach, California | 10/14/2011 | MJ | - | - | 8 | - | 1 | - | - | Yes | 3 |
| 14 **IHOP** | Carson City, Nevada | 9/6/2011 | MJ/CC | Yes | Yes | 5 | 5 | 7 | 7 | - | Yes | 3 |
| 15 **Grand Rapids Shooting** | Grand Rapids, Michigan | 7/7/2011 | CC | - | Yes | - | 8 | - | 2 | 10 | No | 1 |
| 16 **Tucson** | Tucson, Arizona | 1/8/2011 | MJ/CC | Yes | Yes | 6 | 6 | 13 | 13 | 33 | Yes | 1 |
| 17 **Hartford Beer Distributor** | Manchester, Connecticut | 8/3/2010 | MJ/CC | Yes | Yes | 9 | 9 | 2 | 2 | 11 | Yes | 2 |
| 18 **Coffee shop police killings** | Parkland, Washington | 11/29/2009 | MJ | - | - | 4 | - | 1 | - | - | Stolen | 2 |
| 19 **Fort Hood** | Fort Hood, Texas | 11/5/2009 | MJ/CC | Yes | Yes | 13 | 13 | 30 | 30 | 214 | Yes | 1 |
| 20 **Binghamton** | Binghamton, New York | 4/3/2009 | MJ/CC | Yes | Yes | 14 | 14 | 4 | 4 | 99 | Yes | 2 |
| 21 **Carthage nursing home** | Carthage, North Carolina | 3/29/2009 | MJ | No | - | 8 | - | 3 | - | - | Yes | 2 |
| 22 **Atlantis Plastics** | Henderson, Kentucky | 6/25/2008 | MJ | - | - | 6 | - | 1 | - | - | Yes | 1 |
| 23 **Northern Illinois University** | DeKalb, Illinois | 2/14/2008 | MJ/CC | Yes | Yes | 6 | 6 | 21 | 21 | 54 | Yes | 4 |
| 24 **Kirkwood City Council** | Kirkwood, Missouri | 2/7/2008 | MJ | - | - | 6 | - | 2 | - | - | Stolen | 2 |
| 25 **Westroads Mall** | Omaha, Nebraska | 12/5/2007 | MJ/CC | Yes | Yes | 9 | 9 | 4 | 5 | 14 | Stolen | 1 |
| 26 **Crandon** | Crandon, Wisconsin | 10/7/2007 | MJ | - | - | 6 | - | 1 | - | - | Yes | 1 |
| 27 **Virginia Tech** | Blacksburg, Virginia | 4/16/2007 | MJ/CC | Yes | Yes | 33 | 33 | 23 | 17 | 176 | Yes | 2 |
| 28 **Trolley Square** | Salt Lake City, Utah | 2/12/2007 | MJ | No | - | 6 | - | 4 | - | - | No | 2 |
| 29 **Amish school** | Lancaster County, Pennsylvania | 10/2/2006 | MJ | - | - | 6 | - | 5 | - | - | Yes | 3 |
| 30 **Capitol Hill** | Seattle, Washington | 3/25/2006 | MJ | - | - | 7 | - | 2 | - | - | Yes | 4 |
| 31 **Goleta postal** | Goleta, California | 1/30/2006 | MJ | Yes | - | 8 | - | 0 | - | - | Yes | 1 |
| 32 **Red Lake** | Red Lake, Minnesota | 3/21/2005 | MJ | - | - | 10 | - | 5 | - | - | Stolen | 3 |
| 33 **Living Church of God** | Brookfield, Wisconsin | 3/12/2005 | MJ | - | - | 7 | - | 4 | - | - | Yes | 1 |
| 34 **Damageplan show** | Columbus, Ohio | 12/8/2004 | MJ | - | - | 5 | - | 7 | - | - | Yes | 1 |
| 35 **Hunting Camp** | Meteor, Wisconsin | 11/21/2004 | CC | - | Yes | - | 6 | - | 3 | 20 | - | 1 |
| 36 **Lockheed Martin** | Meridian, Mississippi | 7/8/2003 | MJ | - | - | 7 | - | 8 | - | - | Yes | 5 |

**Table 1: Combined Mass Shootings Data**
**1982 - 2013**

| | Case | Location | Date | Source | Large-Capacity Magazine[1] | | Fatalities[2] | | Injuries[2] | | Shots Fired | Obtained Legally? | Offenders' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MJ/NE | CC | MJ | CC | MJ | CC | CC | MJ | MJ |
| 37 | Navistar | Melrose Park, Illinois | 2/5/2001 | MJ | - | - | 5 | - | 4 | - | - | Yes | 4 |
| 38 | Wakefield | Wakefield, Massachusetts | 12/26/2000 | MJ/CC | Yes | Yes | 7 | 7 | 0 | 0 | 37 | Yes | 3 |
| 39 | Hotel | Tampa, Florida | 12/30/1999 | MJ | - | - | 5 | - | 3 | - | - | Yes | 2 |
| 40 | Xerox | Honolulu, Hawaii | 11/2/1999 | MJ/CC | Yes | Yes | 7 | 7 | 0 | 0 | 28 | Yes | 1 |
| 41 | Wedgwood Baptist Church | Fort Worth, Texas | 9/15/1999 | MJ/CC | Yes | Yes | 8 | 8 | 7 | 7 | 30 | Yes | 2 |
| 42 | Atlanta day trading spree | Atlanta, Georgia | 7/29/1999 | MJ | - | - | 9 | - | 13 | - | - | Yes | 4 |
| 43 | Columbine High School | Littleton, Colorado | 4/20/1999 | MJ/CC | Yes | Yes | 15 | 15 | 24 | 23 | 188 | No | 4 |
| 44 | Thurston High School | Springfield, Oregon | 5/21/1998 | MJ/CC | Yes | Yes | 4 | 4 | 25 | 25 | 50 | No | 3 |
| 45 | Westside Middle School | Jonesboro, Arkansas | 3/24/1998 | MJ/CC | Yes | Yes | 5 | 5 | 10 | 10 | 26 | Stolen | 9 |
| 46 | Connecticut Lottery | Newington, Connecticut | 3/6/1998 | MJ/CC | Yes | Yes | 5 | 5 | 1 | 0 | 5 | Yes | 1 |
| 47 | Caltrans maintenance yard | Orange, California | 12/18/1997 | MJ/CC | Yes | Yes | 5 | 5 | 2 | 2 | 144 | Yes | 1 |
| 48 | R.E. Phelon Company | Aiken, South Carolina | 9/15/1997 | MJ | - | - | 4 | - | 3 | - | - | No | 1 |
| 49 | Fort Lauderdale revenge | Fort Lauderdale, Florida | 2/9/1996 | MJ | - | - | 6 | - | 1 | - | - | Yes | 2 |
| 50 | Walter Rossler Company | Corpus Christi, Texas | 4/3/1995 | MJ | - | - | 6 | - | 0 | - | - | Yes | 2 |
| 51 | Air Force base | Fairchild Air Force Base, Washington | 6/20/1994 | MJ/CC | Yes | Yes | 5 | 6 | 23 | 23 | - | Yes | 1 |
| 52 | Chuck E. Cheese | Aurora, Colorado | 12/14/1993 | MJ | - | - | 4 | - | 1 | - | - | - | 1 |
| 53 | Long Island Rail Road | Garden City, New York | 12/7/1993 | MJ/CC | Yes | Yes | 6 | 6 | 19 | 19 | 30 | Yes | 1 |
| 54 | Luigi's | Fayetteville, North Carolina | 8/6/1993 | MJ | - | - | 4 | - | 8 | - | - | Yes | 3 |
| 55 | 101 California Street | San Francisco, California | 7/1/1993 | MJ/CC | Yes | Yes | 9 | 9 | 6 | 6 | 75 | No | 3 |
| 56 | Watkins Glen | Watkins Glen, New York | 10/15/1992 | MJ | - | - | 5 | - | 0 | - | - | Yes | 1 |
| 57 | Lindhurst High School | Olivehurst, California | 5/1/1992 | MJ | - | - | 4 | - | 10 | - | - | Yes | 2 |
| 58 | Royal Oak postal | Royal Oak, Michigan | 11/14/1991 | MJ | - | - | 5 | - | 5 | - | - | Yes | 1 |
| 59 | University of Iowa | Iowa City, Iowa | 11/1/1991 | MJ | No | - | 6 | - | 1 | - | - | Yes | 1 |
| 60 | Luby's | Killeen, Texas | 10/16/1991 | MJ/CC | Yes | Yes | 24 | 24 | 20 | 20 | 100 | Yes | 2 |
| 61 | GMAC | Jacksonville, Florida | 6/18/1990 | MJ/CC | Yes | Yes | 10 | 10 | 4 | 4 | 14 | Yes | 2 |
| 62 | Standard Gravure | Louisville, Kentucky | 9/14/1989 | MJ/CC | Yes | Yes | 9 | 9 | 12 | 12 | 21 | Yes | 5 |
| 63 | Stockton schoolyard | Stockton, California | 1/17/1989 | MJ/CC | Yes | Yes | 6 | 6 | 29 | 30 | 106 | Yes | 2 |
| 64 | ESL | Sunnyvale, California | 2/16/1988 | MJ | - | - | 7 | - | 4 | - | - | Yes | 7 |
| 65 | Shopping centers | Palm Bay, Florida | 4/23/1987 | MJ | Yes | - | 6 | - | 14 | - | - | Yes | 3 |
| 66 | United States Postal Service | Edmond, Oklahoma | 8/20/1986 | MJ | - | - | 15 | - | 6 | - | - | Yes | 3 |
| 67 | San Ysidro McDonald's | San Ysidro, California | 7/18/1984 | MJ/CC | Yes | Yes | 22 | 22 | 19 | 19 | 257 | Yes | 3 |
| 68 | Dallas nightclub | Dallas, Texas | 6/29/1984 | MJ/CC | Yes | Yes | 6 | 6 | 1 | 1 | - | No | 1 |
| 69 | Welding shop | Miami, Florida | 8/20/1982 | MJ | No | - | 8 | - | 3 | - | - | Yes | 1 |
| | | | | **Average:** | | | 8.2 | 10.3 | 7.6 | 12.6 | 73.1 | | |
| | | | | **Large-Capacity Magazine Average:** | | | 10.1 | 10.3 | 12.1 | 12.6 | 75.4 | | |
| | | | | **Non Large-Capacity Magazine Average:** | | | 6.7 | - | 2.7 | - | - | | |

**Table 1: Combined Mass Shootings Data**
**1982 - 2013**

| Case | Location | Date | Source | Large-Capacity Magazine[1] | | Fatalities[2] | | Injuries[2] | | Shots Fired | Obtained Legally? | Offenders' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MJ/NE | CC | MJ | CC | MJ | CC | CC | MJ | MJ |

**Notes and Sources:**
MJ represents Mother Jones data. CC represents Citizens Crime Commission of New York City data. NE represents NERA data. "-" means unspecified.
Mother Jones mass shootings data: "US Mass Shootings, 1982, 2012: Data from Mother Jones' Investigation," Mother Jones, December 28, 2012.
Mother Jones high capacity magazine data: "More Than Half of Mass Shooters Used Assault Weapons and High-Capacity Magazines," Mother Jones, February 27, 2013.
Citizens Crime Commission data from: "Citizens Crime Commission of New York City, Mass Shooting Incidents in America (1984-2012).
[1] Large-capacity magazines are those with a capacity to hold more than 10 rounds of ammunition.
[2] Offender included in counts of fatalities and injuries.
[3] Shots fired: "Shooter Set $10,000 on Fire in Hialeah Shooting Rampage," NBC News, July 28, 2013.
[4] Shots fired: "Santa Monica shooter was 'ready for battle'; At least 70 rounds fired at students," The Malibu Times, June 8, 2013.