Roderick M. Thompson (State Bar No. 96192)
Anthony P. Schoenberg (State Bar No. 203714)
Rochelle L. Woods (State Bar No. 282415)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: aschoenberg@fbm.com

Attorneys for Defendants THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI, in his official capacity, and THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,

Plaintiffs,

v.

THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI, in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10,

Defendants.

Case No. 13-cv-05807 RMW

**STATEMENT OF RECENT DECISION**

Date: February 21, 2014
Time: 9:00 a.m.
Location: San Jose Courthouse
Courtroom 6 – 4th Floor
280 South 1st Street
San Jose, CA 95113

Pursuant to Civil Local Rule 7-3(d)(2), Defendants provide the following supplemental authority for the Court's consideration of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (Dkt. 35) ("Opposition"), filed on January 29, 2014.

On February 19, 2014, after Defendants submitted their Opposition, the United States District Court for the Northern District of California, San Francisco Division, issued an Order Denying Preliminary Injunction in *San Francisco Veteran Police Officers Association et al. v. the City and County of San Francisco et al.*, Case No. 13-cv-05351 WHA, attached herewith as Exhibit A.

Dated: February 19, 2014

Farella Braun + Martel LLP

By: */s/ Roderick M. Thompson*
Roderick M. Thompson

Attorney for Defendants THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI, in his official capacity, and THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity