C. D. Michel - S.B.N. 144258
Clinton B. Monfort - S.B.N. 255609
Sean A. Brady - S.B.N. 262007
Anna M. Barvir - S.B.N. 268728
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI, in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10,<br><br>Defendants. | **CASE NO: CV 13-05807 RMW**<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' IMPROPER OBJECTIONS TO EVIDENCE**<br><br>Date: February 21, 2014<br>Time: 9:00 a.m.<br>Location: Courtroom 6 – 4th Floor<br>280 South 1st Street<br>San Jose, CA 95113 |

On February 18, 2014, the City filed a document entitled, " Defendants' Objections to Reply Evidence and Motion to Strike Plaintiffs' Improper Objections to Evidence," that served three purposes: (1) to move to strike Plaintiffs' Objections to Defendants' Evidence; (2) to respond, pursuant to Local Rule 7-3(d)(1), to Plaintiffs' evidence submitted on reply; and (3) to move to strike a portion of Plaintiffs' recently filed Statement of Recent Decision. Dkt. No. 48. While it is unclear under what authority the City has brought its requests to strike Plaintiffs' objections and portions of the recently filed statement of recent decision, Plaintiffs hereby submit this opposition to the City's motion to strike.

The City first moves to strike Plaintiffs' Objections to Defendants' Evidence, filed simultaneously with Plaintiffs' Reply to Defendants' Opposition to Motion for Preliminary Injunction. Plaintiffs recognize that the City correctly notes that Local Rule 7-3(c) requires that evidentiary objections be included in the body of their reply, but object to its characterization of Plaintiffs' honest oversight regarding the form of their objections as a sort of gambit to improperly append attorney argument beyond page limitations. Indeed, rather than including argument regarding the merits of Plaintiffs' Motion for Preliminary Injunction, Plaintiffs's Objections to Defendants' Evidence is strictly limited to a listing of the City's objectionable material and the grounds for each objection.

On Reply, Plaintiffs were in the unique position of reviewing and objecting to 1333 pages of evidence, including four expert declarations and the incorporation of a brief from a similar case, submitted in response to a motion for preliminary injunction. In their fifteen-page reply memorandum, Plaintiffs reference their objections, but had they properly understood Local Rule 7–3(c) to prevent the practice of submitting the grounds for one's objections in a separate document, they would have sought leave to exceed page limitations or to file their objections separately. Plaintiffs must beg the pardon of this Court and respectfully request that it consider Plaintiffs' objections.

The City next moves to strike lines 9-13 of Plaintiffs' recently filed Statement of Recent Decision notifying the Court of the Ninth Circuit's opinion in *Peruta v. County of San Diego*, claiming they contain improper argument. They do not. The paragraph with which the City takes

issue was intended to assist this Court by directing its attention to two potentially relevant excerpts of the 127-page *Peruta* decision and dissent with only three days remaining until hearing. Plaintiffs' Statement summarizes these discussions without arguing that or how they might impact the analysis of this case. But to the extent the Court believes Plaintiffs' attempt to provide a neutral description of the relevant portion of the *Peruta* opinion entered the realm of argument, Plaintiffs do not oppose striking lines 9-13 of Plaintiffs' Statement of Recent Decision.

Date: February 19, 2014

**MICHEL & ASSOCIATES, P.C.**

/s/ C. D. Michel
C. D. Michel
Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI, in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10,<br><br>Defendants. | **CASE NO: CV13-05807 RMW**<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' IMPROPER OBJECTIONS TO EVIDENCE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Roderick M. Thompson
Anthony P. Schoenberg
Rochelle L. Woods
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
aschoenberg@fbm.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 19, 2014.

/s/ C. D. Michel
C. D. Michel
Attorney for Plaintiffs