C. D. Michel - S.B.N. 144258
Clinton B. Monfort - S.B.N. 255609
Sean A. Brady - S.B.N. 262007
Anna M. Barvir - S.B.N. 268728
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:  (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10,<br><br>    Defendants. | **CASE NO: CV-13-05807 RMW**<br><br>**STIPULATION OF PARTIES TO STAY PROCEEDINGS AND [P] ORDER** |

1

STIPULATION TO STAY PROCEEDINGS AND [] ORDER   CV-13-05807

1     This stipulation is entered into by and among Plaintiffs LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON, and Defendants THE CITY OF SUNNYVALE, MAYOR ANTHONY SPITALERI, and CHIEF FRANK GRGURINA (collectively "the City"), by and through their respective attorneys of record, pursuant to Northern District Local Rule 7-12.

    WHEREAS, this Court entered a denial of Plaintiffs' Motion for Preliminary Injunction on March 5, 2014;

    WHEREAS, Plaintiffs appealed this Court's denial of their Motion for Preliminary Injunction to the Ninth Circuit on March 5, 2014;

    WHEREAS, the Court retains jurisdiction to stay its own proceedings pending appeal, see, e.g., *Gray v. Golden Gate Nat'l Recreation Area*, No. 08-00722, 2011 WL 6934433, at *1 (N.D. Cal. Dec. 29, 2011); see also Fed. R. App. P. 8;

    WHEREAS, neither party will be harmed by the issuance of a stay—instead, "granting a stay will benefit both parties to this action by sparing them the expense of contemporaneous litigation and the accompanying fees and expenditure of time" inherent in pursuing litigation in both this Court and the Court of Appeals. See Order at 6, *Baker v. Kealoha*, No. 11-00528 (D. Haw. June 19, 2012).

    IT IS HEREBY STIPULATED by and between all parties through their respective counsel that further proceedings in this matter, including discovery, pre-trial motions, and trial, shall be stayed until further order of this Court, pending resolution of Plaintiffs' appeal of this Court's interlocutory order denying Plaintiffs' Motion for Preliminary Injunction.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS FURTHER STIPULATED that Plaintiffs' counsel shall file with this Court a copy of the Ninth Circuit's decision in Plaintiffs' interlocutory appeal in this action within ten (10) days from its issuance.

Date: March 21, 2014     MICHEL & ASSOCIATES, P.C.


/s/ Anna M. Barvir

ANNA M. BARVIR
Attorney for Plaintiffs Leonard Fyock, Scott Hochstetler, William Douglas, David Pearson, Brad Seifers, and Rod Swanson

Date: March 21, 2014     FARELLA BRAUN + MARTEL LLP


*/s/ Roderick M. Thompson
RODERICK M. THOMPSON
Attorney for Defendants The City of Sunnyvale, Mayor Anthony Spitaleri, and Chief Frank Grgurina

---

\* Pursuant to Local Rule 5-1(i)(3), this signatory, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

| | |
|---|---|
| 1 | **[] ORDER** |
| 2 | GOOD CAUSE APPEARING THEREFORE and in accordance with the Stipulation of |
| 3 | Parties to Stay Further District Court Proceedings, IT IS HEREBY ORDERED THAT: |
| 4 | 1.  All proceedings in this matter, including discovery, pre-trial motions, and trial, |
| 5 | shall be stayed until further order of this Court, pending resolution of Plaintiffs' appeal of this |
| 6 | Court's interlocutory order denying Plaintiffs' Motion for Preliminary Injunction. |
| 7 | 2.  Plaintiffs' counsel shall file with this Court a copy of the Ninth Circuit's decision |
| 8 | in Plaintiffs' interlocutory appeal in this action within ten (10) days from its issuance. |
| 9 | ~~The Court further orders as follows:~~ |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

*/s/ Ronald M. Whyte*
_____
Honorable Judge Ronald M. Whyte
United States District Court Judge