| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Clinton B. Monfort - S.B.N. 255609 |
| 2 | Sean A. Brady - S.B.N. 262007 |
| | Anna M. Barvir - S.B.N. 268728 |
| 3 | MICHEL & ASSOCIATES, P.C. |
| | 180 E. Ocean Boulevard, Suite 200 |
| 4 | Long Beach, CA 90802 |
| | Telephone: (562) 216-4444 |
| 5 | Facsimile:  (562) 216-4445 |
| | Email: cmichel@michellawyers.com |
| 6 | |
| 7 | Attorneys for Plaintiffs |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON, | ) ) ) ) ) | **CASE NO: CV-13-05807 RMW** <br><br> **NOTICE OF NINTH CIRCUIT'S DECISION REGARDING PLAINTIFFS' INTERLOCUTORY APPEAL** |
| Plaintiffs, | ) | |
| vs. | ) | (Ninth Circuit Case No. 14-15408) |
| THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

---

1

NOTICE OF NINTH CIRCUIT'S DECISION

1     Please take notice that on March 4, 2015, the Ninth Circuit Court of Appeals issued its
2 opinion affirming this Court's denial of Plaintiffs' Motion for Preliminary Injunction. A copy of
3 the Ninth Circuit's Opinion is attached hereto as Exhibit A.

4   Date: April 2, 2015                                    MICHEL & ASSOCIATES, P.C.

6
                                                /s/ C.D. Michel
7                                                 C.D. Michel
                                                Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI, in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10,<br><br>Defendants. | **CASE NO: CV13-05807 RMW**<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF NINTH CIRCUIT'S DECISION REGARDING PLAINTIFFS' INTERLOCUTORY APPEAL**

on the parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2015.

/s/ C. D. Michel
C. D. Michel
Attorney for Plaintiffs