UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number
415 522-2200

CASE NUMBER: 5:13-cv-05807-RMW  
CASE TITLE: Fyock et al v. The City of Sunnyvale et al

## REASSIGNMENT ORDER

Magistrate Judge Paul S. Grewal resigned from the court on June 3, 2016.

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to Magistrate Judge Nathanael M. Cousins as the referral judge.

ALL REFERRED MATTERS PRESENTLY SCHEDULED FOR HEARING BEFORE MAGISTRATE JUDGE GREWAL ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE MAGISTRATE JUDGE NATHANAEL M. COUSINS.

ALL OTHER DEADLINES ASSOCIATED WITH THIS CASE REMAIN SET AS PREVIOUSLY ORDERED.

June 6th, 2016

FOR THE EXECUTIVE COMMITTEE

*Susan Y. Soong*

CLERK OF COURT