C. D. Michel - S.B.N. 144258
Clinton B. Monfort - S.B.N. 255609
Sean A. Brady - S.B.N. 262007
Anna M. Barvir - S.B.N. 268728
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10,<br><br>Defendants. | CASE NO.: 4:13-cv-05807-PJH<br><br>**PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE; DECLARATION OF CLINTON B. MONFORT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Leonard Fyock, Scott Hochstetler, William Douglas, David Pearson, Brad Seifers, and Rod Swanson, by and through their counsel of record, hereby request the Court enter an order dismissing this action without prejudice against Defendants the City of Sunnyvale, the Mayor of Sunnyvale, Anthony Spitaleri in his official capacity, and the Chief of the Sunnyvale Department of Public Safety, Frank Grgurina.

On December 16, 2013, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief, challenging the constitutionality of Sunnyvale Municipal Code section 9.44.050 as violative of the Second Amendment. The challenged ordinance bans the possession of common, standard-capacity "ammunition feeding devices" or "magazines" capable of holding more than ten rounds.

On January 16, 2014, Plaintiffs filed a Motion for Preliminary Injunction. The Court denied that motion on March 5, 2014. Order Den. Mot. Prelim. Inj. 2. Plaintiffs appealed the denial of the preliminary injunction motion to the Ninth Circuit on March 5, 2014. On March 27, 2014, this Court issued an order staying all district court proceedings until further notice. On March 4, 2015, a panel of the Ninth Circuit Court of Appeals issued an opinion affirming this Court's denial of Plaintiffs' Motion for Preliminary Injunction. The case remained stayed until this Court's recent order directing the parties to file a case management conference that was jointly filed on September 16, 2016.

On July 1, 2016, Governor Brown signed Senate Bill 1446 into law, which prohibits the possession of "large-capacity" magazines capable of holding more than ten rounds. Because a veto referendum effort to repeal Senate Bill 1446 failed to qualify for the ballot, Senate Bill 1446 will become law on July 1, 2016.[1] Additionally, Proposition 63 was passed by the voters on November 8, 2016, which, among other things, also prohibits the possession of "large-capacity" magazines.[2]

---

[1] See "1790. (16-0006) Referendum to Overturn Law Regulating Ammunition Sales," at http://www.sos.ca.gov/elections/ballot-measures/initiative-and-referendum-status/failed-qualify; "1790. Referendum to Overturn Law Regulating Ammunition Sales," at http://elections.cdn.sos.ca.gov//ballot-measures/pdf/1790-finalrawcount-10-11-16.pdf.

[2] The Secretary of State has until December 16, 2016 to certify the November 8, 2016 election results for statewide ballot measures. (Cal. Elec. Code, § 15501, subd. (b).) The vote margin as of November 21, 2016 is 7,424,297 to 4,410,317 (or 62.7 % to 37.3 %), with an estimated 2.8 million vote-by-mail and provisional ballots still to be counted. (California Secretary of State, Semi-Official Election Results,

In light of the passage of Senate Bill 1446 and Proposition 63, Plaintiffs' claims have effectively been mooted. But for the passage of these intervening state laws that preclude Plaintiffs from obtaining the relief they seek at this time, Plaintiffs would continue litigating this case towards a final resolution on the merits.  Monfort Decl. ¶ 4.  Should state law prohibiting the possession of "large-capacity" magazines be repealed or declared invalid, Plaintiffs would resume litigation of their claim against the City of Sunnyvale to prevent the ongoing deprivation of their fundamental rights. Monfort Decl. ¶ 5.  In light of the passage of intervening state laws, Plaintiffs respectfully request that this Court dismiss this action against all defendants without prejudice.

Date: November 23, 2016              MICHEL & ASSOCIATES, P.C.


                                     /s/ Clinton B. Monfort
                                     CLINTON B. MONFORT
                                     Attorney for Plaintiffs

---

Proposition 63, at http://vote.sos.ca.gov/returns/maps/ballot-measures/prop/63 (as of November 21, 2016 at 8:56 a.m.); California Secretary of State, Estimated Unprocessed Ballots for the November 8, 2016, General Election, http://elections.cdn.sos.ca.gov/statewide-elections/2016-general/unprocessed-ballots-report.pdf (updated November 18, 2016 at 4:39 p.m.).

## DECLARATION OF CLINTON B. MONFORT

I, Clinton B. Monfort, declare as follows:

1. I am over the age of eighteen and not a party to this action. I am an attorney licensed to practice law before the United States District Court for the Northern District of California. I am an associate attorney at the law firm Michel & Associates, P.C., attorney of record for Plaintiffs in this action.

2. On or about November 14, 2016, I notified Mr. Tony Schoenberg, counsel of record for Defendants, of Plaintiffs' intention to file a voluntary request to dismiss this case without prejudice pursuant to this Court's order and the intervening passage of Senate Bill 1446 and Proposition 63.

3. On or about November 15, 2016, Mr. Schoenberg responded and informed Plaintiffs that Defendants believe dismissal should be with prejudice and that Defendants therefore oppose Plaintiffs' request for dismissal without prejudice.

4. But for the passage of intervening state laws that preclude Plaintiffs from obtaining the relief they seek at this time, Plaintiffs would continue litigating this case towards a final resolution on the merits.

5. Should state law prohibiting the possession of "large-capacity" magazines be repealed or declared invalid, Plaintiffs would resume litigation of their claim against the City of Sunnyvale to prevent the ongoing deprivation of their fundamental rights.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on November 23, 2016.

s/ Clinton B. Monfort
Clinton B. Monfort
*Declarant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10,<br><br>　　　　　　Defendants. | CASE NO.: 4:13-cv-05807-PJH<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

　　I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California 90802.

　　I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE; DECLARATION OF CLINTON B. MONFORT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Roderick M. Thompson<br>Anthony P. Schoenberg<br>Rochelle L. Woods<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>aschoenberg@fbm.com | *Attorneys for Defendants the City of Sunnyvale, the Mayor of Sunnyvale, Anthony Spitaleri, in his official capacity, and the Chief of the Department of Public Safety, Frank Grgurina, in his official capacity* |

/ / /
/ / /

1
CERTIFICATE OF SERVICE

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on November 23, 2016.

2

3            s/ Clinton B. Monfort
           Clinton B. Monfort
4            Attorney for Plaintiffs