C. D. Michel - S.B.N. 144258
Clinton B. Monfort - S.B.N. 255609
Sean A. Brady - S.B.N. 262007
Anna M. Barvir - S.B.N. 268728
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10,<br><br>Defendants. | CASE NO.: 4:13-cv-05807-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  Pursuant to rule 41(a)(2) of the Federal Rules of Civil Procedure, and after due consideration, the
2  Court finds good cause exists for the dismissal of this action. The Court hereby GRANTS Plaintiffs'
3  Request for Voluntary Dismissal without Prejudice.
4  _____
5  _____
6  _____
7      IT IS SO ORDERED.
8
9  Date: _____       _____
10                                Honorable Phyllis J. Hamilton
                                  United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD FYOCK, SCOTT HOCHSTETLER, WILLIAM DOUGLAS, DAVID PEARSON, BRAD SEIFERS, and ROD SWANSON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SUNNYVALE, THE MAYOR OF SUNNYVALE, ANTHONY SPITALERI in his official capacity, THE CHIEF OF THE SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, FRANK GRGURINA, in his official capacity, and DOES 1-10,<br><br>Defendants. | CASE NO.: 4:13-cv-05807-PJH<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Roderick M. Thompson<br>Anthony P. Schoenberg<br>Rochelle L. Woods<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>aschoenberg@fbm.com | *Attorneys for Defendants the City of Sunnyvale, the Mayor of Sunnyvale, Anthony Spitaleri, in his official capacity, and the Chief of the Department of Public Safety, Frank Grgurina, in his official capacity* |

/ / /
/ / /

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on November 23, 2016.

s/ Clinton B. Monfort
Clinton B. Monfort
Attorney for Plaintiffs
